# United States Bankruptcy Court
## District of Nevada

In re   **Freedom Munitions, LLC**

Debtor(s)

Case No.   **18-50615-btb**

Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**20 Largest Unsecured Claims**
**Form 206: Summary of Assets and Liabilities**
**Schedule A/B: Property**
**Schedule D: Creditors Who have Claims Secured By Property**
**Schedule E/F: Creditors Who Have Unsecured Claims**
**Schedule G: Executory Contracts and Unexpired Leases**
**Schedule H: Codebtors**
**Form 207: Statement of Financial Affairs**
**Verification of Creditor Matrix (Supplemental)**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **July 27, 2018**

**Robert E. Opera**
Attorney for Debtor(s)
**Winthrop Couchot Golubow Hollander, LLP**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4130 Fax:949-720-4111**
**ropera@wcghlaw.com**

## GENERAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Debtor submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules and the Statement have been prepared by the Debtor's current management with the assistance of certain of its professionals. The Debtor has endeavored to ensure that the Schedules and Statement are accurate and complete. The Debtor notes, however, the following matters with respect to the preparation of the Schedules and the Statement.

1.  The Debtor's proposed Chief Restructuring Officer ("CRO") was appointed on or about June 7, 2018. Accordingly, the CRO has limited "institutional knowledge" regarding the Debtor's financial affairs.

2.  The Debtor has prepared the Schedules based largely upon its review of financial records in the Debtor's possession that may have been prepared by former employees of the Debtor. Such financial records generally are not audited.

While the Schedules and the Statement are materially accurate to the best of the Debtor's belief, under the circumstances of this case, the Debtor cannot warrant the accuracy and completeness of the Schedules and the Statement. The Debtor reserves the right to amend the Schedules and the Statement as appropriate based upon a subsequent receipt of information that may result in a change in the disclosures contained in the Schedules and the Statement.

Unless otherwise stated, the asset and liability data contained in the Schedules and the Statement are reflected as of June 8, 2018, the date the petition was filed in this Chapter 11 case (the "Petition Date"). Valuation methodologies are as indicated in the Schedules (e.g., orderly liquidation value or book value). Actual fair market values may differ materially from the values indicated.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets. Moreover, the value of certain assets, such as potential litigation claims, is impossible to determine at this time. Accordingly, in certain instances, values of assets are stated as "unknown" or "uncertain." The reader therefore should not place undue reliance upon the values listed for the Debtor's assets in the Schedules.

Any failure by the Debtor to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or "unliquidated." The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

234686

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts, such as accrued interest or attorneys' fees and costs.

The claims of creditors for, among other things, merchandise, goods, services, or taxes may be listed as the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The identity of some of the holders of claims might have changed over time due to trading and/or transfer of certain of these claims. It is the Debtor's belief that, as of the Petition Date, the claims against the Debtor were held by the entities identified in the Schedules.

Each Schedule and the Statement is subject to further amendment by the Debtor.

234686

## SCHEDULE A/B DISCLAIMER

The Debtor has obtained no current appraisals of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in Schedule A/B.

## GENERAL NOTES REGARDING SCHEDULE D

The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured claimant listed on Schedule D.  Moreover, although the Debtor has scheduled secured claims on its Schedule D, the Debtor reserves all rights to dispute or challenge any secured nature of any claimant's claim or the characterization of the structure of any such transaction, or any document or instruments related to such claimant's claim.

Any failure by the Debtor to designate a claim on Schedule D as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtor that such claim is not contingent, unliquidated, or disputed, and the Debtor reserves the right to dispute, or to assert offsets or defenses to, any claims reflected on Schedule D as to amount, liability, classification or otherwise and to subsequently designate any such claim as disputed, contingent or unliquidated.

Schedule D is subject to further amendment by the Debtor. The description provided for a claim in Schedule D is intended only to be a summary of such claim.  Reference to the applicable credit agreement and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.

The Debtor reserves the right to assert that any claim listed on Schedule D with respect to equipment, an interest in which has been acquired by the Debtor, does not reflect a secured claim, but instead reflects a lease subject to the provisions of Section 365 of the Bankruptcy Code.

## GENERAL NOTES REGARDING SCHEDULE E/F

The Debtor's characterization of the claims listed in Schedule E as priority claims is preliminary in nature and the Debtor reserves its rights to amend Schedule E, and/or dispute and challenge whether, and to what extent, such claims are entitled to priority.

The amounts stated in Schedule F for the claims of any parties to contracts with the Debtor do not include any claims for breach of contract or other damages; the stated amount is the amount of the account payable owing to the contract party as of the Petition Date in the Debtor's books and records.

The claims listed on Schedule F are subject to further review, reconciliation and amendment by the Debtor.

234686

## GENERAL NOTES REGARDING SCHEDULE G

While effort has been made to ensure the accuracy of Schedule G (Schedule of Executory Contracts and Unexpired Leases), the Debtor does not make, and specifically disclaims, any representation or warranty as to the validity or enforceability of contracts, agreements or documents listed in Schedule G. The Debtor hereby reserves the right to dispute the validity, status, characterization or enforceability of contracts, agreements and leases set forth in Schedule G and to amend or supplement Schedule G.  By listing a contract or lease on Schedule G, the Debtor is not admitting that such contract or lease is an executory contract or lease pursuant to Section 365 of the Bankruptcy Code and reserves the right to dispute any such classification.

The Debtor reserves the right to assert that any lease listed in Schedule G is not a true lease but constitutes a secured transaction.

234686

## GENERAL NOTES REGARDING SCHEDULE H

The Debtor lists in Schedule H (Schedule of Co-debtors) any claimant that asserts that the Debtor and other entities are co-obligors to such claimant. The Debtor reserves the right to dispute that the Debtor and the other entities listed in Schedule H are co-debtors to the claimants listed therein. Without limiting the generality of the foregoing, the Debtor specifically denies that the United States Department of Treasury, Alcohol and Tobacco Tax and Trade Bureau has any allowed claim against the Debtor or any Debtor listed in Schedule H.

## NOTES REGARDING CONSOLIDATION OF OPERATIONS

While the eight related Debtors are separate legal entities, the Debtors, other than Debtor Components Exchange, LLC (collectively, the "HMT Debtors"), generally have operated on a consolidated basis. The Debtors, together with two non-debtors, Twin River Contract Loading, Inc. and Big Canyon Environmental, LLC, have prepared financial statements on a consolidated basis. The HMT Debtors have used one cash management system to administer all receipts obtained by the HMT Debtors and all disbursement made by the HMT Debtors in connection with the operation of their businesses. All cash collected from revenues generated by the HMT Debtors is earned by Debtor Howell Munitions & Technology, Inc. ("HMT") and deposited into one checking account held by HMT. Payroll and all other expenses incurred by the HMT Debtors are paid from this one checking account. HMT pays all expenses because HMT is the party that contracts with, and is indebted to, third parties for the operation of the Debtors' businesses.

Based upon the consolidated nature of the HMT Debtors' pre-petition operations, Schedules E and F for the HMT Debtors generally list the same obligations. Notwithstanding that fact, each creditor listed in Schedules E and F for the HMT Debtors is entitled to receive in the HMT cases distributions in an aggregate amount not to exceed the total amount of the creditor's allowed claim.

Components Exchange's operations largely have been maintained separately from the HMT Debtors. Accordingly, Schedules E and F for Components Exchange differ from Schedules E and F of the HMT Debtors.

The Debtor reserves the right to amend the Schedules, including Schedules E and F, as circumstances warrant.

**Fill in this information to identify the case:**

Debtor name   **Freedom Munitions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-50615-btb**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 7/26/18 _____           X _____
                                          Signature of individual signing on behalf of debtor

                                          **J. Michael Issa**
                                          Printed name

                                          **Proposed Chief Restructuring Officer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

7/22/18 10:40PM

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Freedom Munitions, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | **18-50615-btb** |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| P Kay Metal, Inc Larry Kay 2448 E. 25th Street Los Angeles, CA 90058 | | | Disputed Subject to Setoff | | | $3,653,103.80 |
| Midwest Brass, LLC 9254 US-31 West Olive, MI 49460 | | | Disputed | | | $553,667.00 |
| Crow Shooting Supply 200 S. Front St. Montezuma, IA 80171 | | | Disputed | | | $473,476.29 |
| Leader Tool Co Inc brian Gunn PO Box 66 Harbor Beach, MI 48441 | | | Disputed | | | $212,684.90 |
| St. Marks Powder Jodi McIver PO Box 222 Saint Marks, FL 32327 | | | Disputed | | | $191,591.20 |
| Luvata Appleton, LLC PO Box 200498 Pittsburgh, PA 15251 | | | Disputed | | | $148,247.28 |
| Bitterroot Security & Inv. LL Terry Roberts 410 9th Street Clarkston, WA 99403 | | | Disputed | | | $118,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:40PM

| Debtor | **Freedom Munitions, LLC** | Case number *(if known)* | **18-50615-btb** |
| | Name | | |

| Name of creditor and complete mailing address, including zip code ... | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oracle America Ben Thorp 500 Oracle Parkway Redwood Shores, CA 94065** | | | **Disputed** | | | $115,773.00 |
| **UPS Lockbox 577 Carol Stream, IL 60132** | | | **Disputed Subject to Setoff** | | | $97,697.98 |
| **Anatolia Fisek Sanayi ve Ticar Engin Sanayi Cad. 110 Armutlu Kemalpasa Izmir, Turkey 35373-0000** | | | **Disputed** | | | $76,690.50 |
| **Binary Anvil Inc. 22525 SE 64th Place, Suite 257 Issaquah, WA 98027-5383** | | | **Disputed** | | | $73,611.64 |
| **Collier Electric Bryan & Laura Collier 1119 Van Arsdol Clarkston, WA 99403** | | | **Disputed** | | | $57,984.75 |
| **Wynalda Packaging Accounting 616 866 1561 8221 Graphic Drive Belmont, MI 49306** | | | **Disputed** | | | $57,227.01 |
| **Listrak 100 W. Millport Rd. Lititz, PA 17543** | | | **Disputed** | | | $56,539.50 |
| **Comm Trade USA, Inc 1934 West Gray St., Ste. 200 Houston, TX 77019** | | | **Disputed** | | | $47,185.68 |
| **IMC-Metals America, LLC Marcia Melocik, Dorma 99 E. River Dr., Riverview Square 2 East Hartford, CT 06108** | | | **Disputed** | | | $40,621.70 |
| **Brand Makers LLC Amber Newell 464 South Main St. Spanish Fork, UT 84660** | | | **Disputed** | | | $39,700.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:40PM

| Debtor | **Freedom Munitions, LLC** | Case number *(if known)* | **18-50615-btb** |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One Visa Statement**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | | **Disputed** | | | **$37,372.46** |
| **STI International**<br>**114 Halmar Cove**<br>**Georgetown, TX 78628** | | | **Disputed** | | | **$31,904.00** |
| **Val Mundell**<br>**1438 Greco Drive**<br>**Clarkston, WA 99403** | | | **Disputed** | | | **$30,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Freedom Munitions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50615-btb**

☑ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $           **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................. $           **0.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................... $           **0.00**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **23,079,000.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    **180,028.36**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **7,961,888.05**

4.    **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b    $    **31,220,916.41**

7/22/18 10:40PM

---

**Fill in this information to identify the case:**

Debtor name      **Freedom Munitions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-50615-btb**

■ Check if this is an
   amended filing

---

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:     Investments**

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.

7/22/18 10:40PM

| Debtor | **Freedom Munitions, LLC** | Case number *(if known)* **18-50615-btb** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2009 Hino Truck** | **Unknown** | | **Unknown** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---|
| 51.   **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$0.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>In property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                   page 2

7/22/18 10:40PM

| Debtor | **Freedom Munitions, LLC** | | Case number *(if known)* **18-50615-btb** | |
|---|---|---|---|---|
| | Name | | | |

| 55.1. | **11243 Fuqua Street, Suite 1243, Houston, TX; Commercial Lease** | Leasehold | Unknown | Unknown |
|---|---|---|---|---|
| 55.2. | **17482-B Hwy 290 Houston, TX 77040** | Leasehold | $0.00 | $0.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

<div style="background:black;color:white">Part 10:</div>    **Intangibles and Intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 11:</div>    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

**71.    Notes receivable**
Description (include name of obligor)

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.    Interests in insurance policies or annuities**

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

**See attached schedule**                                                                        $0.00
Nature of claim
Amount requested                $0.00

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.    Trusts, equitable or future interests in property**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

7/22/18 10:40PM

| Debtor | **Freedom Munitions, LLC** | Case number *(if known)* | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

7/22/18 10:40PM

| Debtor | **Freedom Munitions, LLC** | | Case number *(if known)* **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Freedom Munitions, LLC
Case No. 18-50615-btb
Form 206: Schedule A/B: Assets – Real and Personal Property
#74) Causes of action against third parties

| Third Party | Current Value of Debtor's Interest |
|---|---|
| UPS | Unknown |
| United States Department of Treasury, Alcohol and Tobacco Tax and Trade Bureau | Unknown |
| Twin River Contract Loading, Inc. | Unknown |
| Big Canyon Environmental, LLC | Unknown |
| X-Treme Bullets Inc. | Unknown |
| Ammo Load Worldwide, Inc. | Unknown |
| Clearwater Bullet, Inc. | Unknown |
| Lewis-Clark Ammunition Components, LLC | Unknown |
| Howell Machine, Inc. | Unknown |
| Components Exchange, LLC | Unknown |
| Howell Munitions & Technology, Inc. | Unknown |

234699

Freedom Munitions, LLC
Case No. 18-50615-btb
Form 206: Schedule A/B: Assets – Real and Personal Property
#74) Causes of action against third parties

| | |
|---|---|
| Z.B., N.A., dba Zions First National Bank | Unknown |
| CFO Solutions LLC, dba Advanced CFO | Unknown |
| Sussman Shank LLP | Unknown |
| Creason, Moore, Dokken & Geidl, PLLC | Unknown |
| David C. Howell | Unknown |

7/22/18 10:40PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Freedom Munitions, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **18-50615-btb** |

☑ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| **2.1 Integrity Bank, SSB**<br>Creditor's Name | **$250,000.00** | **$0.00** |

| | |
|---|---|
| **4040 Washington Ave.**<br>**Houston, TX 77007** | Describe debtor's property that is subject to a lien<br>**All Inventory, Chattel Paper, Accounts, Equipment, Furniture, and General Intangibles** |
| Creditor's mailing address | |
| | Describe the lien<br>**Idaho UCC-1 B201712007792**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |

| | | | |
|---|---|---|---|
| **2.2 NMHG Financial Services, Inc.**<br>Creditor's Name | | **$0.00** | **$0.00** |

| | |
|---|---|
| **P.O. Box 35701**<br>**Billings, MT 59107** | Describe debtor's property that is subject to a lien<br>**All equipment now and hereafter leased by Debtor** |
| Creditor's mailing address | |
| | Describe the lien<br>**Idaho UCC-1 B20131121129-4,**<br>**B20131121124-9**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |

7/22/18 10:40PM

| Debtor | **Freedom Munitions, LLC** | | Case number (if know) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **US Dept. of Treasury** | Describe debtor's property that is subject to a lien | **$5,329,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Alcohol & Tobacco Tax & Trade Bureau**
**550 Main Street, Suite 8002**
**Cincinnati, OH 45202-5215**
Creditor's mailing address

Describe the lien

Is the creditor an Insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 | **ZB. N.A., DBA Zions First National Bank** | Describe debtor's property that is subject to a lien | **$17,500,000.00** | **$31,650,000.00\*** |
|---|---|---|---|---|

Creditor's Name

**One South Main Street,**
**Suite 1400**
**Salt Lake City, UT 84130**
Creditor's mailing address

**All personal property assets of the Debtor, including all inventory, chattel paper, accounts, equipment, furniture, and general intangibles**

Describe the lien
**Idaho UCC-1 B201311254039, B201411404068**

Is the creditor an Insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**\*Represents estimated aggregate value of collateral provided by this Debtor, affiliated Debtors, and non-debtor entities.**

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$23,079,000.00** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:40PM

| Debtor | **Freedom Munitions, LLC** | Case number (if know) | **18-50615-btb** |
|--------|----------------------------|------------------------|------------------|
|        | Name                       |                        |                  |

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
|                  |                                                             |                                                 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Freedom Munitions, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **18-50615-btb**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aleksander Bukowy**<br>**4821 Gentry Lane**<br>**Carson City, NV 89701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**For notice purposes only** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Antony Halks**<br>**631 Preston Ave #3**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $1,307.25 | $1,307.25 |
|  | Date or dates debt was incurred<br>**Various** | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |  |  |

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,484.78 | $10,484.78 |
|---|---|---|---|---|

**Arthur W Eaton**
**1395 53rd St N**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,627.92 | $1,627.92 |
|---|---|---|---|---|

**Benjamen Iverson**
**420 Vista Ave**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.86 | $1,062.86 |
|---|---|---|---|---|

**Benjamin Prior**
**1628 9th Avenue**
**Clarkston, WA 99403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,314.10 | $1,314.10 |
|---|---|---|---|---|

**Bradley Bjorkquist**
**3208 6th St C**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$3,053.82**    **$3,053.82** |
| | **Bradley Gasper**<br>**1516 15th Ave**<br>**Lewiston, ID 83501** | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$3,220.65**    **$3,220.55** |
| | **Brady King**<br>**618 Bryden Drive Apt D**<br>**Lewiston, ID 83501** | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$8,039.32**    **$8,039.32** |
| | **Brandon Dean**<br>**2575 Reservoir Rd**<br>**Clarkston, WA 99403** | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$685.08**    **$685.08** |
| | **Brenda L Anderson**<br>**3531 13th Street**<br>**Lewiston, ID 83501** | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,295.05 | $1,295.05 |
|---|---|---|---|---|
| | **Brendon Martin** **2728 17th St #202** **Lewiston, ID 83501** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |

| Date or dates debt was incurred **Various** | Basis for the claim: |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,114.26 | $2,114.26 |
|---|---|---|---|---|
| | **Brian A McCammon** **411 3rd Ave** **Lewiston, ID 83501** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |

| Date or dates debt was incurred **Various** | Basis for the claim: |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,057.40 | $1,057.40 |
|---|---|---|---|---|
| | **Brook Robinett** **30100 Mission Creek Rd** **Culdesac, ID 83524** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |

| Date or dates debt was incurred **Various** | Basis for the claim: |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Bureau of Alcohol, Tobacco,** **Firearms** **and Explosives** **Public Governmental Affairs** **99 New York Ave., NE** **Washington, DC 20226** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **For notice purposes only** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| Debtor | **Freedom Munitions, LLC** | Case number (*if known*) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

**2.15** | Priority creditor's name and mailing address
**California Dept. of Tax and Fee Admin.**
**Special Operations Bktcy Team, MIC:74**
**PO Box 942879**
**Sacramento, CA 94279-0074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16** | Priority creditor's name and mailing address
**Chad M Kaufmann**
**517 Airway Dr**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,610.22   $3,610.22

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.17** | Priority creditor's name and mailing address
**Chief Counsel**
**FTB, Legal Dept.**
**PO Box 1720, MS A-260**
**Rancho Cordova, CA 95741-1720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** | Priority creditor's name and mailing address
**Chris A Stout**
**1036 Hemlock Dr**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$960.93   $960.93

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|--------|---------------------------|------------------------|------------------|
|        | Name                      |                        |                  |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.26 | $57.26 |
|------|---------------------------------------------|-----------------------------------------------|--------|--------|

**2.19** Priority creditor's name and mailing address

**Christopher Hoit**
**272 Riverboat Road**
**Dayton, NV 89403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$57.26    $57.26

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address

**Clark County Assessor**
**c/o Bankruptcy Clerk**
**500 S. Grand Central Pkwy**
**Box 551220**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address

**Clark County Treasurer**
**c/o Bankruptcy Clerk**
**500 S. Grand Central Pkwy, Box**
**551220**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address

**Clayton J Holton**
**2321 Silver Sage Drive**
**Carson City, NV 89701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | 18-50615-btb |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.75 | $906.75

**Clayton L Seely**
**2805 9th Ave**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Commodity Futures Trading**
**Commission**
**1155 21st St. NW**
**Washington, DC 20581**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,375.00 | $1,375.00

**Corey Van Zante**
**3710 14th Street C**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.26 | $37.26

**Dan Hellickson**
**1662 Ashley Drive**
**Clarkston, WA 99403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|--------|---------------------------|------------------------|------------------|
|        | Name                      |                        |                  |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,665.30 | $1,665.30 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|
|      | **Daniel Manuel Aguilar**<br>**419 2nd Avenue, Apt 3**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,633.20 | $6,633.20 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|
|      | **Dara R Bringman**<br>**336 5th St. Apt. B**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,991.34 | $5,991.34 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|
|      | **David C Howell**<br>**29978 Thiessen Rd**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.07 | $840.07 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|
|      | **David Sanborn**<br>**102 N 9th Street**<br>**Kendrick, ID 83537** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.67 | $387.67 |
|---|---|---|---|---|
| | **David Town**<br>**1014 15th St. Apt. 2**<br>**Lewiston, ID 83501** | Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Dept. of Employment, Training &**<br>**Rehab**<br>**Employment Security Division**<br>**500 East Third Street**<br>**Carson City, NV 89713** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,285.25 | $4,285.25 |
|---|---|---|---|---|
| | **Don Crea**<br>**4034 S Garfield**<br>**Spokane, WA 99203** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.42 | $788.42 |
|---|---|---|---|---|
| | **Donald E Young**<br>**1411 Bryden Ave 6**<br>**Lewiston, ID 83501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Environmental Protection Agency**
**Office of General Counsel**
**1200 Pennsylvania Ave., N.W.**
**Washington, DC 20460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.58 | $154.58 |
|---|---|---|---|---|

**Gary J Steckel**
**1901 7th Ave 4**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.50 | $559.50 |
|---|---|---|---|---|

**Gloria Stolte**
**37279 Growler Point Road**
**Reubens, ID 83548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**2.39**

Priority creditor's name and mailing address

**Idaho State Tax Commission**
**Bankruptcy Division**
**PO Box 36**
**Boise, ID 83722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$658.90    $658.90

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.40**

Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.41**

Priority creditor's name and mailing address

**Jacob T Maasdam**
**630 D Preston Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$6,435.60    $6,435.60

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.42**

Priority creditor's name and mailing address

**James Chase**
**1703 Cedar Drive**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,346.16    $1,346.16

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address
**Jeff J Lohman**
**PO Box 493**
**Juliaetta, ID 83535**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$4,558.90 | $4,558.90

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address
**Jeffrey Alan Ackeret**
**2623 Sunset Dr**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,420.65 | $1,420.65

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address
**Jeremy Jenkins**
**1804 15th Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$788.33 | $788.33

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address
**Jessie M Baker**
**2130 Hillyard Drive**
**Clarkston, WA 99403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$628.13 | $628.13

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.27 | $2,596.27 |
|---|---|---|---|---|
| | **Jesus Ramirez**<br>**2109 Idaho Street**<br>**Carson City, NV 89701** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|---|---|---|---|---|
| | **John Kissler**<br>**3415 8th St Apt F**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,432.04 | $0.00 |
|---|---|---|---|---|
| | **Joseph Levi Seideman**<br>**1328 14 Ave**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,470.94 | $1,470.94 |
|---|---|---|---|---|
| | **Joshua Wemlinger**<br>**1208 11th Avenue**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,240.48 | $3,240.48 |
|---|---|---|---|---|
| | **Karin Nelson** | *Check all that apply.* | | |
| | **3207 6th Street C** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,269.83 | $3,269.83 |
|---|---|---|---|---|
| | **Kathryn I Marion** | *Check all that apply.* | | |
| | **304 Watson St** | ☐ Contingent | | |
| | **Culdesac, ID 83524** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.23 | $1,441.23 |
|---|---|---|---|---|
| | **Kelsey Dawn Wakefield** | *Check all that apply.* | | |
| | **39565 Whispering Pines Lane** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,102.50 | $1,102.50 |
|---|---|---|---|---|
| | **Kevin Robert Acree** | *Check all that apply.* | | |
| | **1714 Burrell Ave** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2.55** | Priority creditor's name and mailing address **Krista Lathrop** **1331 Boston St** **Clarkston, WA 99403** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$2,943.51** **$2,943.51** |
| | Date or dates debt was incurred **Various** | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **2.56** | Priority creditor's name and mailing address **Kyle Taylor Garrison** **824 7th Street** **Clarkston, WA 99403** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$911.88** **$911.88** |
| | Date or dates debt was incurred **Various** | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **2.57** | Priority creditor's name and mailing address **Lisa McEwen** **620 S B St.** **Grangeville, ID 83530** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$1,359.08** **$1,359.08** |
| | Date or dates debt was incurred **Various** | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **2.58** | Priority creditor's name and mailing address **Lucas R. Evonne** **5307 S Rome Cir** **Aurora, CO 80015** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$86.97** **$86.97** |
| | Date or dates debt was incurred **Various** | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Freedom Munitions, LLC**                    Case number (if known)  **18-50615-btb**
_____
Name

| | | | |
|---|---|---|---|
| **2.59** | Priority creditor's name and mailing address<br>**Matt Dodson**<br>**161 Schuller Grade Road**<br>**Yakima, WA 98908** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,295.86**  **$5,295.86** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.60** | Priority creditor's name and mailing address<br>**Matthew R Lerche**<br>**1919 Birch Ave**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$10,756.38**  **$10,756.38** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.61** | Priority creditor's name and mailing address<br>**Matthew W Shaw**<br>**204 3rd street**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$713.70**  **$713.70** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.62** | Priority creditor's name and mailing address<br>**Michael Arthur Long**<br>**2031 Lone Mountain # 49**<br>**Carson City, NV 89706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$983.40**  **$983.40** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address
**Michael Dal Harrell**
**3507 11th st**
**lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$819.00    $819.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address
**Michael Mundy**
**3958 Foothill Drive**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address
**Michael Rogers**
**1627 18th Ave.**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,158.00    $2,158.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address
**Michael T Devin**
**1817 12th ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,893.78    $2,893.78

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**2.67** Priority creditor's name and mailing address
**Mike Doxtator**
**POB 1068**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$599.65    $599.65

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.68** Priority creditor's name and mailing address
**Nathan Dreadfulwater**
**1209 Grelle Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,155.75    $1,155.75

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.69** Priority creditor's name and mailing address
**Nathan W Karki**
**1718 1st Street**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,046.61    $1,046.61

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.70** Priority creditor's name and mailing address
**Nevada Dreapartment of Taxation**
**1550 College Parkway, Ste. 115**
**Carson City, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$96.41    $96.41

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.71**

Priority creditor's name and mailing address
**Nevada Department of Taxation
Bankruptcy Section
4600 Kietzke Ln., Suite L-235
Reno, NV 89502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$0.00 | $0.00

---

**2.72**

Priority creditor's name and mailing address
**Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$0.00 | $0.00

---

**2.73**

Priority creditor's name and mailing address
**Nevada Dept of Environmental
Protection
2030 E. Flamingo Road, Suite 230
Las Vegas, NV 89119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$0.00 | $0.00

---

**2.74**

Priority creditor's name and mailing address
**Nevada Dept of Environmental
Protection
901 S. Stewart Street, Suite 4001
Carson City, NV 89701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$0.00 | $0.00

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Raymond Dave Tyson**
**20840 NW Kachina Ave**
**Redmond, OR 97756**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.60 | $1,440.60 |
|---|---|---|---|---|

**Reymon Joseph Parot**
**PO Box 854**
**Asotin, WA 99402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.64 | $64.64 |
|---|---|---|---|---|

**Roberto Garza**
**2821 Lovelace Way**
**Carson City, NV 89706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.10 | $338.10 |
|---|---|---|---|---|

**Rodolfo Ahumada**
**293 Monte Cristo Drive**
**Dayton, NV 89403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,897.59 | $4,897.59 |
|---|---|---|---|---|

**2.79**

Priority creditor's name and mailing address
**Scott B Penton**
**1060 Canterwood Drive**
**Moscow, ID 83843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$4,897.59    $4,897.59

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.80**

Priority creditor's name and mailing address
**Sean Brady Becker**
**2611 Meadowlark Dr**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,974.72    $3,974.72

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.81**

Priority creditor's name and mailing address
**Secretary of the Treasury**
**1500 Pennsylvania Ave. NW**
**Washington, DC 20220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.82**

Priority creditor's name and mailing address
**Shaun Barclay**
**1815 Imnaha Lane**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$7,055.60    $7,055.60

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**2.83** | Priority creditor's name and mailing address

**Shawn Burke**
**147 Shiloh Dr**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,048.04 | $1,048.04

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.84** | Priority creditor's name and mailing address

**Small Business Administration**
**1020 Main St., #290**
**Boise, ID 83702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.85** | Priority creditor's name and mailing address

**Social Security Administration**
**Office of the Regional Chief**
**Counsel**
**160 Spear Street, Suite 800**
**San Francisco, CA 94105-1545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.86** | Priority creditor's name and mailing address

**Stephen S Howell**
**836 Frost Ln**
**Clarkston, WA 99403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$9,154.57 | $9,154.57

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**2.87**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.47 | $719.47 |
|---|---|---|---|
| **Steven Michael Hill**<br>**PO Box 562**<br>**Asotin, WA 99402** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.88**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 | $663.00 |
|---|---|---|---|
| **Tequis Garnett Penney**<br>**PO Box 417**<br>**Lapwai, ID 83540** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.89**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **Texas Workforce Commission**<br>**Regulatory Integrity Division-SAU**<br>**101 E. 15th St., Room 556**<br>**Austin, TX 78778-0001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.90**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,707.12 | $4,707.12 |
|---|---|---|---|
| **Timothy B Stevenson Sr**<br>**P.O. Box 1805**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim: |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,011.09 | $3,011.09 |
|---|---|---|---|---|

**Timothy R Norris**
**904 25th Avenue # 201**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,325.61 | $11,325.61 |
|---|---|---|---|---|

**Tobias D Thill**
**122 15th Avenue**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,233.48 | $1,233.48 |
|---|---|---|---|---|

**Travis Johnson**
**3333 1/2 5th St**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,498.55 | $1,498.55 |
|---|---|---|---|---|

**Trevor TJ Torrez**
**205 14th Ave**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

---

**2.95**

Priority creditor's name and mailing address
**U.S. Department of Labor
Occupational Safety & Health
Admin.
200 Constitution Avenue, NW
Room# N3626
Washington, DC 20210**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.96**

Priority creditor's name and mailing address
**U.S. Dept. of Treasury
Alcohol and Tobacco Tax and
Trade Bureau
Office of Communications
1310 G Street, NW, Box 12
Washington, DC 20005**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.97**

Priority creditor's name and mailing address
**United States Attorney
100 W. Liberty Street, #600
Reno, NV 89501**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.98**

Priority creditor's name and mailing address
**United States Attorney's Office
Attn: Civil Process Clerk
501 Las Vegas Blvd., South, Suite
1100
Las Vegas, NV 89101**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.99**

Priority creditor's name and mailing address
**US Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 S. Flower St., Ste. 900
Los Angeles, CA 90071-9591**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
**823 D Street, LLC
823 D Street
Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2**
Nonpriority creditor's name and mailing address
**A-L Compressed Gases, Inc.
4230 E Trent Ave
Spokane, WA 99202**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3**
Nonpriority creditor's name and mailing address
**Absolute Machine Solutions
26387 Rocky Top Lane
Lapwai, ID 83540**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$550.00

---

**3.4**
Nonpriority creditor's name and mailing address
**Action Medical Inc
PO Box 189
Newmann Lake, WA 99025**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$531.59

---

**3.5**
Nonpriority creditor's name and mailing address
**ADP, Inc.
PO Box 842875
Boston, MA 02284**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,985.22

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.34 |
|---|---|---|
| **ADT Security Sevices**<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Advanced CFO**<br>13601 W McMillan Rd<br>#102<br>Boise, ID 83713 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,932.07 |
|---|---|---|
| **Air Electric**<br>5603 E. 3rd Ave.<br>Spokane, WA 99212 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 |
|---|---|---|
| **Alan Baker CO, LLC**<br>Sean<br>PO Box 2128<br>San Francisco, CA 94083 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.60 |
|---|---|---|
| **Alcobra**<br>Jeff Thomas<br>4510 N Freya St.<br>Spokane, WA 99217 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|
| **Alex Rakos**<br>710 Sunset Blvd. North, Unit B<br>Sunset Beach, NC 28468 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|
| **Alexis Knowles**<br>574 E. Lenign Drive<br>Deltona, FL 32738 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.55 |
|---|---|---|---|
| | **Alhambra**<br>PO Box 660579<br>**Dallas, TX 75266-0579** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.00 |
|---|---|---|---|
| | **All-American Publishing**<br>5411 Kendall St.<br>**Boise, ID 83706** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.08 |
|---|---|---|---|
| | **Allen Nicholas**<br>412 Hopewell Rd.<br>**Maryville, TN 37801** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,455.20 |
|---|---|---|---|
| | **Allied Electronics, Inc**<br>**Chris lendquist Tom**<br>PO Box 2325<br>**Fort Worth, TX 76113** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,920.00 |
|---|---|---|---|
| | **Alyssa Gambla**<br>8460 W 91st St.<br>**Hickory Hills, IL 60457** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **American Security Brass & Reloading**<br>PO Box 9169<br>**Greerton, Tauranga, New Zealand** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,737.96 |
|---|---|---|---|
| | **AmeriPride**<br>**Angel**<br>PO Box 1160<br>**Bemidji, MN 56619-1160** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address
**Ammo Direct**
P.O. Box 9169
Greerton, Tauranga, New Zealand

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.21** | Nonpriority creditor's name and mailing address
**Ammo Load Worldwide, Inc.**
815 D Street
Lewiston, ID 83501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

$0.00

---

**3.22** | Nonpriority creditor's name and mailing address
**AmmoSeek LLC**
404 Lindsay Court
Berryville, VA 22611

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.23** | Nonpriority creditor's name and mailing address
**Ample Supply Co**
john
1401 S. Prairie Drive
Sycamore, IL 60178

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$242.00

---

**3.24** | Nonpriority creditor's name and mailing address
**Anatek Labs, Inc**
1282 Alturas Drive
Moscow, ID 83843

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,386.00

---

**3.25** | Nonpriority creditor's name and mailing address
**Anatolia Fisek Sanayi ve Ticar**
Engin
Sanayi Cad. 110 Armutlu
Kemalpasa Izmir, Turkey 35373-0000

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$76,690.50

---

**3.26** | Nonpriority creditor's name and mailing address
**Andrew Letter**
2960 Carsty Circle
De Pere, WI 54115

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$144.77

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Angela Berring**
2404 Cypress Drive
Saint Charles, MO 63301

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Applied Industrial Tech, Inc**
Verna Aucutt
PO Box 100538
Pasadena, CA 91189-0538

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$376.24**

---

**3.29** | Nonpriority creditor's name and mailing address
**Armscor Cartridge Inc.**
Darren Newsom, Michelle
2872 US Hwy 93
North Victor, MT 59875

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$19,154.12**

---

**3.30** | Nonpriority creditor's name and mailing address
**Art Salas**
10629 Pisces Pl.
El Paso, TX 79924

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$745.74**

---

**3.31** | Nonpriority creditor's name and mailing address
**Asotin County Landfill**
2901 Sixth Avenue
Clarkston, WA 99403

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$83.68**

---

**3.32** | Nonpriority creditor's name and mailing address
**Ater Wynne LLP**
1331 NW Lovejoy, Ste. 900
Portland, OR 98209-3280

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,479.63**

---

**3.33** | Nonpriority creditor's name and mailing address
**Automation Devices INC**
Jim Winschel
7050 W. Ridge Rd.
Fairview, PA 16415

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,109.00**

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,714.50 |
|---|---|---|---|

**Automation Direct**
**PO Box 402417**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,669.12 |
|---|---|---|---|

**Avista Utilities**
**1411 E Mission Ave**
**Spokane, WA 99252**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bailey Kristiansson, LLC**
**PO Box 104**
**Fulshear, TX 77441**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC B201711892322; Terminated; For Notice**
**purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Barry Foster**
**7473 Rodebaugh Road**
**Reynoldsburg, OH 43068**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
|---|---|---|---|

**Bear Hunting Media**
**PO Box 168**
**West Fork, AR 72774**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $283.50 |
|---|---|---|---|

**Berggren Fritz**
**5135 Neal Ranch Rd.**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Big Canyon Evnironmental, LLC**
**815 D Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

---

**3.41**   **Nonpriority creditor's name and mailing address**

**Binary Anvil Inc.**
**22525 SE 64th Place, Suite 257**
**Issaquah, WA 98027-5383**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$73,611.64**

---

**3.42**   **Nonpriority creditor's name and mailing address**

**Bitterroot Bolt & Chain Co.**
**Orin Triplett**
**2522 4th Ave. North**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$347.71**

---

**3.43**   **Nonpriority creditor's name and mailing address**

**Bitterroot Security & Inv. LL**
**Terry Roberts**
**410 9th Street**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$118,000.00**

---

**3.44**   **Nonpriority creditor's name and mailing address**

**Black Rifle Coffee Company**
**381 West Ironwood Dr.**
**Salt Lake City, UT 84115**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,212.21**

---

**3.45**   **Nonpriority creditor's name and mailing address**

**Blake Brockman**
**7400 Center Ave., Apt. 317**
**Cerritos, CA 90703**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$63.00**

---

**3.46**   **Nonpriority creditor's name and mailing address**

**Blue Cross of Idaho**
**PO Box 6948**
**Boise, ID 83707**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,350.37**

---

**3.47**   **Nonpriority creditor's name and mailing address**

**Blue Mountain Containers**
**Brandon Dean**
**PO Box 1869**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,033.68**

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Blue Ribbon Supply Inc**
PO Box 798
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$9,538.31

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Bosnian Austrian Security Serv**
Nedzib Bungur
Debelo Brdo 43
70 000 Sarajevo
Bosnia and Herzegovina

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,000.00

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Brand Avalanche Media, LLC.**
Travis Horton
4343 16th Ave., #161
Moline, IL 61265

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,500.00

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Brand Makers LLC**
Amber Newell
464 South Main St.
Spanish Fork, UT 84660

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$39,700.00

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Brandon Kobberdahl**
15357 67th Ave. North
Maple Grove, MN 55311

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$165.30

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Brian Elledge**
17451 SE Ten Eyck Rd.
Sandy, OR 97055

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$19.68

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Brian McVickers**
3035 N. Tarra Ave., Suite 1
Prescott, AZ 86301

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,623.69

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address
**Bryce Kidd**
**3213 Lew Wallace Drive**
**Clovis, NM 88101**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$230.20

---

**3.56** | Nonpriority creditor's name and mailing address
**Buchanan Automation Inc**
**PO Box 1249**
**Snohomish, WA 98291**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$344.78

---

**3.57** | Nonpriority creditor's name and mailing address
**C.Bennett Services, Inc**
**PO Box 2362**
**Cypress, TX 77410**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,273.25

---

**3.58** | Nonpriority creditor's name and mailing address
**Camp Cabin & Home**
**2119 4th Ave. North**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$64.12

---

**3.59** | Nonpriority creditor's name and mailing address
**Canon**
**One Canon Park**
**Melville, NY 11747**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,800.00

---

**3.60** | Nonpriority creditor's name and mailing address
**Canon Financial Serivces**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$14,544.25

---

**3.61** | Nonpriority creditor's name and mailing address
**Canon Solutions America**
**15004 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,589.37

---

| Debtor | **Freedom Munitions, LLC** | | Case number *(if known)* | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158,880.15** |
|---|---|---|---|
| | **Capital Cartridge LLC**<br>**Brian**<br>**9702 Wallisville Rd., Suite B**<br>**Houston, TX 77013** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| **3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,372.46** |
|---|---|---|---|
| | **Capital One Visa Statement**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,321.46** |
|---|---|---|---|
| | **Cascade Columbia Distribution**<br>**Greg Switzer**<br>**6900 Fox Ave.**<br>**South Seattle, WA 98108** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,443.37** |
|---|---|---|---|
| | **Catalyst Medical Group**<br>**Christine Thomas**<br>**2315 8th Street**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,657.87** |
|---|---|---|---|
| | **CED - Consolidated Electrical**<br>**Terry, Gaye**<br>**PO Box 398855**<br>**San Francisco, CA 94139-8855** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$562.21** |
|---|---|---|---|
| | **Century Link**<br>**PO Box 91155**<br>**Seattle, WA 98111** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.37** |
|---|---|---|---|
| | **Century Spring Corp**<br>**231274 Momentum Pl.**<br>**Chicago, IL 60689** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chad Rager**
17259 Castle Ct.
Purcellville, VA 20132

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,148.74 |
|---|---|---|---|

**Charter Business - 25 Stokes**
PO Box 60188
Los Angeles, CA 90060

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,905.47 |
|---|---|---|---|

**Chemetall - Oakite Products, I**
Hans Juergensen
22040 Network Place
Chicago, IL 60673-1220

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,588.17 |
|---|---|---|---|

**Chemithon Surface Finishing, I**
Dale Flinchbaugh
5430 W. Marginal Way SW
Seattle, WA 98106

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,828.51 |
|---|---|---|---|

**Chemix Corp.**
412 E. Commonwealth Ave., Ste. 1
Fullerton, CA 92832

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Hayes**
362 Reservoir Drive
Lewiston, ID 83501

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $692.09 |
|---|---|---|---|

**Chris James**
4020 Preserve Crossing Lane
Cumming, GA 30040

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Chris Wood**
**320 Shen Elk Plaza**
**Elkton, VA 22827**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22.09 |
|---|---|---|---|

**Christian Domagall**
**4121 98th Ave. NE**
**Circle Pines, MN 55014**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $169.00 |
|---|---|---|---|

**Christopher Koolhof**
**11965 Norman Lane**
**Auburn, CA 95603**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**City of Cameron**
**City of Cameron**
**PO Box 8332**
**Cameron, TX 76520**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.39 |
|---|---|---|---|

**City of Jersey Village**
**16501 Jersey Drive**
**Jersey Village, TX 77040**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,349.22 |
|---|---|---|---|

**City of Lewiston**
**PO Box 617**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**Clarkston Auto & Truck Parts**
**507 Third St.**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378.56**

**Clayton Hewitt**
**7509 N Sycamore Ave**
**Kansas City, MO 64158**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,282.94**

**Clean Harbors Env. Services In**
**PO Box 3442**
**Boston, MA 02241-3442**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Clearwater Bullet, Inc.**
**153 Southport Ave., Building 4**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.00**

**Clearwater Medical Clinic**
**1522 17th Street**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,126.57**

**Clearwater Propane**
**PO Box 675**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$561.83**

**CNC Pros International, INC**
**1582. E. Bramble Ln.**
**Meridian, ID 83642**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118.04**

**Coleman Oil Company**
**PO Box 1308**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Collier Electric**
**Bryan & Laura Collier**
**1119 Van Arsdol**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$57,984.75

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Columbia Electric Supply**
**Nate, Rusty, Eric, Josh, Jason**
**8100 NE ST. Johns Rd., E 102**
**Vancouver, WA 98665**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12,670.30

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Comcast**
**PO Box 660618**
**Dallas, TX 75266**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$282.15

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Comcast Business**
**PO Box 34744**
**Seattle, WA 98124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Comm Trade USA, Inc**
**1934 West Gray St., Ste. 200**
**Houston, TX 77019**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$47,185.68

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Community Impact Newspaper**
**16225 Impact Way, Ste. One**
**Pflugerville, TX 78660**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,880.00

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Complete Capital Services, Inc.**
**22811 Greater Mack Ave., Ste. 203**
**Saint Clair Shores, MI 48080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Various machinery and tools: spindle; tool holder; turning tool; drill body**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.97**

Nonpriority creditor's name and mailing address
**Components Exchange
Molly K
21530 Buckskin Ln.
Peck, ID 83545**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$111,434.80**

---

**3.98**

Nonpriority creditor's name and mailing address
**Components Exchange, LLC
815 D Street
Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.99**

Nonpriority creditor's name and mailing address
**Comstock Propane Inc
36 Miles Rd.
Carson City, NV 89706**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$435.14**

---

**3.100**

Nonpriority creditor's name and mailing address
**Concept Automation Systems
Debbie Byrd
3633 Research Way, #101
Carson City, NV 89706**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,045.30**

---

**3.101**

Nonpriority creditor's name and mailing address
**Corporation Service Company, as Rep
Attn:  Legal Dept.
PO Box 2576
Springfield, IL 62708**

Date(s) debt was incurred **UCC 20160095207C**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102**

Nonpriority creditor's name and mailing address
**Covert Madison
3004 Hubbartd Place
New Smyrna Beach, FL 32168**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.103**

Nonpriority creditor's name and mailing address
**Craig Draper
8842 W Mornin Mist St.
Boise, ID 83709**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.50 |
|---|---|---|---|

**Creason, Moore, Dokken & Geidl**
PO Box 835
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $473,476.29 |
|---|---|---|---|

**Crow Shooting Supply**
200 S. Front St.
Montezuma, IA 80171

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $739.33 |
|---|---|---|---|

**Culligan, LLC.**
PO Box 8332
Moscow, ID 83843

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.60 |
|---|---|---|---|

**Custom Fluid Power Inc**
Darren Butters
16083 N Franklin Blvd. Ste. 1
Nampa, ID 83687

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.00 |
|---|---|---|---|

**Custom Master/Flo King**
VALERIE
401 Lake Bennett Ct.
Longwood, FL 32750-6341

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,400.00 |
|---|---|---|---|

**DaJo Trucking, Inc.**
4093 Lucky Lane
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,085.00 |
|---|---|---|---|

**Danglers Inc.**
35 Oakdale Ave.
Johnston, RI 02818

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.00 |
|---|---|---|---|

**Daniel Atkinson**
**3840 N Vine**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.04 |
|---|---|---|---|

**Darcy Richard**
**91 Wynnewood Ct.**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $529.27 |
|---|---|---|---|

**David Chang**
**412 Foxcroft Circle**
**Royersford, PA 19468**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435,262.98 |
|---|---|---|---|

**David Howell**
**PO Box 1903**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.60 |
|---|---|---|---|

**David Lane**
**8850 Chumash Ln**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.24 |
|---|---|---|---|

**Davis Brian**
**1056 Creekside Ct., Unit 1A**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,710.13 |
|---|---|---|---|

**Dayton Lamina**
**500 Progess Road**
**Dayton, OH 45449**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address**
**Deburring Equipment Manufactri**
**TIM**
**3248 Hillside Ave.**
**Norco, CA 92860**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.119** | **Nonpriority creditor's name and mailing address**
**Deductible Recovery Group**
**Ame Janaszek**
**PO Box 6068-01**
**Hermitage, PA 16148-1068**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,811.00

---

**3.120** | **Nonpriority creditor's name and mailing address**
**Derek Jump**
**730 W. Wilshire Blvd., Suite 114**
**Oklahoma City, OK 73116**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

---

**3.121** | **Nonpriority creditor's name and mailing address**
**Die-Namic, Inc**
**Sue Leonard**
**PO Box 30516, Dept. 7006**
**Lansing, MI 48909-8016**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$18,805.00

---

**3.122** | **Nonpriority creditor's name and mailing address**
**Douglas Newton**
**2400 W. Morrell**
**Jackson, MI 49203**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$23.25

---

**3.123** | **Nonpriority creditor's name and mailing address**
**East Side Plating**
**Debbie Bergland**
**8400 SE 26th Place**
**Portland, OR 97202**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$126.43

---

**3.124** | **Nonpriority creditor's name and mailing address**
**Emir Hidir**
**1382 Sokak 8/3**
**Alsancak Ismir**
**Turkey 35220**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$99,019.48

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
| --- | --- | --- | --- |
| | Name | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Emir Hidir**
**1382 Sokak 8/3**
**Alsancak Ismir**
**Turkey 35220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Engin Hidir**
**1382 Sokak 8/3**
**Alsancak Ismir**
**Turkey 35220**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,500.00 |
| --- | --- | --- | --- |

**Environ-Metal, Inc.**
**Tina Larsen-Sales Rep   tlarson@hevishot**
**1307 Clark Mill Street**
**Sweet Home, OR 97386**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Eric Nelson**
**2104 14th Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,598.09 |
| --- | --- | --- | --- |

**eShipping LLC**
**Jessica O'Leary**
**PO Box 775332**
**Chicago, IL 60677-5332**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,473.52 |
| --- | --- | --- | --- |

**Estes Express Line**
**PO Box 25612**
**Richmond, VA 23260**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,655.00 |
| --- | --- | --- | --- |

**Falkor Defense**
**Teri Bell**
**2902 US Hwy 93 North**
**Kalispell, MT 59912**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Freedom Munitions, LLC | Case number (if known) | 18-50615-btb |
|---|---|---|---|
| | Name | | |

---

**3.132**

**Nonpriority creditor's name and mailing address**
**Fastenal Company**
**2001 Theurer Blvd.**
**Winona, MN 55987**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.133**

**Nonpriority creditor's name and mailing address**
**Fastenal NVCAR0715**
**PO Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$318.68

---

**3.134**

**Nonpriority creditor's name and mailing address**
**Fastenal NVCAR0796**
**PO Box 1286**
**Winona, MN 55987**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$2,101.31

---

**3.135**

**Nonpriority creditor's name and mailing address**
**Fastenal WACOV2418**
**PO Box 1286**
**Winona, ID 83501**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$762.35

---

**3.136**

**Nonpriority creditor's name and mailing address**
**FedEx Freight**
**Dept CH**
**PO Box 10306**
**Palatine, IL 60055**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$2,006.10

---

**3.137**

**Nonpriority creditor's name and mailing address**
**Fisher Systems**
**2117 12th Ave.**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$629.64

---

**3.138**

**Nonpriority creditor's name and mailing address**
**FMG Publications**
**12345 World Trade Drive**
**San Diego, CA 92128**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

| Debtor | Freedom Munitions, LLC | Case number (if known) | 18-50615-btb |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address
**Fort Worth Engineering**
850 Grapevine Trail
Kennedale, TX 76060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$23,493.50

---

**3.140** | Nonpriority creditor's name and mailing address
**Francisco Magallanes**
6778 Orizaba Ave.
Long Beach, CA 90805

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$116.25

---

**3.141** | Nonpriority creditor's name and mailing address
**Frasier Transport Inc.**
Holly Bell
8171 E. Executive Ave.
Nampa, ID 83687

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$7,000.00

---

**3.142** | Nonpriority creditor's name and mailing address
**Freedom Munitions, LLC**
815 D Street
Lewiston, ID 83501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.143** | Nonpriority creditor's name and mailing address
**Freight Quote.com**
Derek Wiles, Rep
PO Box 9121
Minneapolis, MN 55480-9121

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$2,033.86

---

**3.144** | Nonpriority creditor's name and mailing address
**Fuqua Park Row, LLC**
c/o Mike Little
J.M. Little Attorney at Law, P.C.
5718 Westheimer, Suite 1840
Houston, TX 77099

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$18,330.31

---

**3.145** | Nonpriority creditor's name and mailing address
**Gary's Pool & Spa Service LLC**
1113 14th Ave.
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$100.41

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**GatorMan Bartow**
5805 Ivey Lane
Hahira, GA 31632

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,034.53 |
|---|---|---|---|

**General Tool & Supply Co.**
116 9th Street
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $524.57 |
|---|---|---|---|

**George's Lock & Kew Service**
1728 Main Street
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.94 |
|---|---|---|---|

**Global Industrial**
Brian
29833 Network Pl.
Chicago, IL 60673

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,582.64 |
|---|---|---|---|

**Goldenwest Lubricants**
Mitzy Macias
1937 Mount Vernon Ave.
Pomona, CA 91768

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,793.00 |
|---|---|---|---|

**Gordon Partners**
4900 Woodway Drive #1125
Houston, TX 77056

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,174.11 |
|---|---|---|---|

**Grainger**
Linda Fetuu
PO Box 419267
Kansas City, MO 64141

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.99**

**Greenia Matt**
**588 Timberland Drive**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$833.91**

**Gregory Tappan**
**P.O. Box 755**
**Stayton, OR 97383**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,602.32**

**Guardian Heating**
**929 16th Ave.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,934.66**

**GunsAmerica LLC**
**5930 Royal Ln., Ste. E**
**PMB 329, TX 75230**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.00**

**Hahn Supply, Inc.**
**2101 Main Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.25**

**Hammond Fredrick**
**9802 Magellan Drive**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$715.95**

**Hampton Inn & Suites Carson Ci**
**10 Hospitality Way**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,188.13**

**Hangtown Range**
**Hangtown Range**
**1540 Broadway**
**Placerville, CA 95667**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.48**

**Henry Thomas**
**21 Churcill Downs Drive**
**St. Peters, MO 63376**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.45**

**Heriberto Martinez**
**10 Vista Rd.**
**Reading, PA 19610**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$351.25**

**High Sierra Business Systems**
**2814 N Carson St.**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,977.85**

**Howell Construction**
**29978 Thiessen Road**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Howell Machine, Inc.**
**815 D Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Howell Munitions & Technology, Inc.**
**815 D Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.167** Nonpriority creditor's name and mailing address

**Huber Action Freight**
PO Box 709
Colfax, WA 99111

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$323.61

---

**3.168** Nonpriority creditor's name and mailing address

**IMC-Metals America,  LLC**
**Marcia Melocik, Donna**
99 E. River Dr., Riverview Square 2
East Hartford, CT 06108

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$40,621.70

---

**3.169** Nonpriority creditor's name and mailing address

**Industrial Hearing Service Inc.**
12021 NE Summer St.
Portland, OR 97220

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$353.16

---

**3.170** Nonpriority creditor's name and mailing address

**Inland NW Metallurgical Services**
16203 E Marietta Ave
Spokane, WA 99216

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.171** Nonpriority creditor's name and mailing address

**Instructure Inc**
6330 S. 3000 East, Ste. 700
Salt Lake City, UT 84121-6237

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,124.25

---

**3.172** Nonpriority creditor's name and mailing address

**Integrity Bank, SSB**
4040 Washington Ave.
Houston, TX 77007

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173** Nonpriority creditor's name and mailing address

**Isaac Jacks**
19 Maplecrest Dr.
Charleston, SC 29412

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

Debtor   **Freedom Munitions, LLC**
_____
Name

Case number (if known)   **18-50615-btb**
_____

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.73 |
|---|---|---|---|

**Jack Landis**
**216 S California St**
**Yerington, NV 89447**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|

**Jagemann Stamping Company**
**George Klaybourne**
**5757 W. Custer St.**
**Manitowoc, WI 54220**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jansen Jones**
**3790 Foothill Drive**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Jeff Carson**
**2320 Commerce Street**
**Tacoma, WA 98402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.08 |
|---|---|---|---|

**Jeff McClain**
**5147 Canary Lane**
**Nampa, ID 83687**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.04 |
|---|---|---|---|

**Jeffrey Romanowski**
**6569 Kali Dr.**
**Eldersburg, MD 21784**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,153.10 |
|---|---|---|---|

**Jeremy Buck**
**12405 S. Alcan St.**
**Olathe, KS 66062**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor  **Freedom Munitions, LLC**
_____  Case number (if known)  **18-50615-btb**
Name

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,586.50 |

**Jeremy TTAG**
**1205A Glenda Dr.**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.64 |

**Jerry Savage**
**5073 Dyer Lane**
**Taylorsville, UT 84129**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.46 |

**Joey Hayashi**
**262 Tangerine Drive**
**Buda, TX 78610**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.48 |

**John Hendrickson**
**19412 Pompano Ln., Unit 105**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.75 |

**John Johnson**
**803 Shirez Drive**
**Grovetown, GA 30813**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.26 |

**John McClintin**
**9701 Trumbull SE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.09 |

**John Visscher**
**10038 River Drive**
**Gibsonton, FL 33534**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Jones, Brower & Callery, PLLC**
**Bob Brower**
**1304 Idaho St.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Jordan Morkved**
**502 S. Davis St.**
**Walton, IN 46994**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,815.00 |
|---|---|---|---|

**Jose Luis Fernandez**
**7119 Ilex Street**
**Houston, TX 77087**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $146.48 |
|---|---|---|---|

**Joseph Cambern**
**629 N 96th Street**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Chase**
**434 Linden Ave**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $198.79 |
|---|---|---|---|

**Julio S Chavez**
**8888 Citrus Ave., Unit C-22**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $610.90 |
|---|---|---|---|

**KC Auto Paint & Supplies**
**151 Thain Road**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,125.00**

**Keith Katzenberger**
**1825 Powers Drive**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.00**

**Kelly's Cleaning Service**
**3536 8th St. C**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

**Kendal Watkins**
**102 Spinnaker Circle**
**Daytona Beach, FL 32119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,044.40**

**Kenneth B. Reed**
**One Hancock Dr.**
**Lompoc, CA 93436**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,248.50**

**Keyence Corp. of America**
**Andy Scheller**
**Dept. CH 17128**
**Palatine, IL 60055-7128**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$530.00**

**Krieger Barrels, Inc.**
**David/ Sandy**
**2024 Mayfield Rd.**
**Ritchfield, WI 53076**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$899.48**

**Laird Plastics**
**Ron McKay**
**7017 E. Mission Ave.**
**Spokane Valley, WA 99212-1198**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | 18-50615-btb |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.25 |
|---|---|---|---|

**Landscapes By Design**
721 Bryden Ave
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _Various_
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,166.67 |
|---|---|---|---|

**Larysa Unleashed LLC**
8218 Santa Rosa Ct.
Sarasota, FL 34243

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _Various_
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lax Firing Range**
234 S. Hindry Ave.
Inglewood, CA 90301

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,684.90 |
|---|---|---|---|

**Leader Tool Co Inc**
brian Gunn
PO Box 66
Harbor Beach, MI 48441

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _Various_
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.00 |
|---|---|---|---|

**Lee Biegert**
1371 CR 317
La Vernia, TX 78121

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _Various_
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.77 |
|---|---|---|---|

**Lee Bolduc**
2733 N. Power Rd., Ste. 102
Mesa, AZ 85215

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _Various_
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,578.50 |
|---|---|---|---|

**Lewis Clark Recyclers**
PO Box 1687
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _Various_
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.209** | **Nonpriority creditor's name and mailing address**
**Lewis-Clark Ammunition Components, LLC**
**815 D Street**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.210** | **Nonpriority creditor's name and mailing address**
**Lewiston Auto Parts**
**208-746-1322 FOR LOCAL ORDERS**
**PO Box 2648**
**Hayden, ID 83835**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$124.44**

---

**3.211** | **Nonpriority creditor's name and mailing address**
**Lewiston Sprinkler Company**
**1602 16th Ave.**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$114.96**

---

**3.212** | **Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance**
**PO Box 85307**
**San Diego, CA 92186**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,464.20**

---

**3.213** | **Nonpriority creditor's name and mailing address**
**LifeMap Assurance Company**
**PO Box 6840**
**Portland, OR 97228**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$6,048.83**

---

**3.214** | **Nonpriority creditor's name and mailing address**
**Lindsey Monroe**
**1986 Shubert Ln.**
**Port Orange, FL 32128**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,600.00**

---

**3.215** | **Nonpriority creditor's name and mailing address**
**Listrak**
**100 W. Millport Rd.**
**Lilitz, PA 17543**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$56,539.50**

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.216** | Nonpriority creditor's name and mailing address | **$7,500.00**

**Logicbroker, Inc**
**Craig Regan**
**One Enterprise Drive, Ste. 425**
**Shelton, CT 06484**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | **$0.00**

**Lolo Sporting Goods, Inc.**
**1026 Main St.**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | **$3,294.30**

**Loomis**
**Dept. CH 10500**
**Palatine, IL 60055**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | **$572.10**

**Luis Chirino**
**661 Brea Canyon Road Unit 7**
**Walnut, CA 91789**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | **$148,247.28**

**Luvata Appleton, LLC**
**PO Box 200498**
**Pittsburgh, PA 15251**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | **$4,318.56**

**Maintenance Connection Inc**
**Jeff Ruiter**
**1477 Drew Ave., Ste. 103**
**Davis, CA 95616**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | **$87.47**

**Mark Ginter**
**9695 Coyote Ct.**
**Noblesville, IN 46060**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.60** |
|---|---|---|---|
| | **Martin Heald** | ☐ Contingent | |
| | **112 Kearsarge Valley Rd.** | ☐ Unliquidated | |
| | **Wilmot, NH 03287** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.83** |
|---|---|---|---|
| | **McMaster-Carr Supply Co** | ☐ Contingent | |
| | **PO Box 7690** | ☐ Unliquidated | |
| | **Chicago, IL 60680-7690** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,923.00** |
|---|---|---|---|
| | **Media Lodge, Inc** | ☐ Contingent | |
| | **PO Box 2511** | ☐ Unliquidated | |
| | **Kennesaw, GA 30156** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,129.92** |
|---|---|---|---|
| | **Mesa County Sheriff's Office** | ☐ Contingent | |
| | **544 Rood Ave.** | ☐ Unliquidated | |
| | **Grand Junction, CO 81502** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Miami Police Depot, Inc.** | ☐ Contingent | |
| | **2640 W. 84th St.** | ☐ Unliquidated | |
| | **Hialeah, FL 33016** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.50** |
|---|---|---|---|
| | **Michael Carnes** | ☐ Contingent | |
| | **10841 Prairie Lane** | ☐ Unliquidated | |
| | **Mokena, IL 60448** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.16** |
|---|---|---|---|
| | **Michael Jackson** | ☐ Contingent | |
| | **25111 Linda Vista Dr.** | ☐ Unliquidated | |
| | **Laguna Hills, CA 92653** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$828.64**

**Michael McWhorter**
**3159 Bear Hollow Road**
**Uniontown, OH 44685**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.68**

**Michael Nguyen**
**2085 Marter Ave.**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.40**

**Michael White**
**2001 Vintners Ct.**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$553,667.00**

**Midwest Brass, LLC**
**9254 US-31**
**West Olive, MI 49460**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.88**

**Mike Kasaba**
**18635 Filmore St.**
**Livonia, MI 48152**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$507.23**

**Mike Plouffe**
**509 Runnymeade Ct.**
**Fayetteville, NC 28314**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Milan Blagojevic-Namenska A.D.**
**Radnicka bb**
**32240 Lucani**
**Republic of Serbia**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,844.05
**Miles Chemical**
12801 Rangoon St.
Arieta, CA 91331

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,016.96
**Mitch Savoie**
825 Ombrage Rd.
Carencro, LA 70520

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,183.00
**Moss Adams LLP**
PO Box 101822
Pasadena, CA 91189-1822

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,285.89
**Motion Industries, Inc**
ken
9922 E. Montgomery, Units 18 & 19
Spokane Valley, WA 99206

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,065.92
**Mound House True Value Hardware**
10189 Hwy 50 E
Carson City, NV 89706

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,661.63
**MSC Industrial Supply Co**
PO Box 953635
Saint Louis, MO 63195

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00
**Mytota, Inc.**
12435 Tesuque Dr
Apple Valley, CA 92308

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,699.16

**National Machinery, LLC**
**Tammi Dryfus**
**161 Greenfield Street**
**Tiffin, OH 44883**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**NET Global**
**359 W. Elm Street**
**Penbroke, MA 02359**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00

**Nevada Employment Security Div**
**500 E Third St.**
**Carson City, NV 89713-0030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,169.88

**Nevada Occupational Health Cen**
**PO Box 21226**
**Carson City, NV 89721**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $684.91

**Nickolaus Mans**
**173 Fischer**
**Spur, GA 30265**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,693.68

**Nicole Laurel Brown**
**1851 N. Green Valley Parkway, #621**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**NMHG Financial Services, Inc.**
**P.O. Box 35701**
**Billings, MT 59107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,269.61 |
|---|---|---|---|

**North Coast Electric**
**4105 North Gov't Way**
**Couer d' Alene, ID 83815**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,800.00 |
|---|---|---|---|

**Northwestern Mutual**
**PO Box 2062**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 |
|---|---|---|---|

**Novation, Inc.**
**2616 N. Locust Rd.**
**Spokane, WA 99206**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Nu-Systems, Inc**
**1266 Dresslerville Rd.**
**Gardenville, NV 89721**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,424.00 |
|---|---|---|---|

**Nuvodia, LLC**
**801 S Stevens Street**
**Spokane, WA 99204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,484.42 |
|---|---|---|---|

**NV Energy**
**PO Box 30065**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,642.34 |
|---|---|---|---|

**Oak Harbor Freight**
**PO Box 1469**
**Auburn, WA 98071**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freedom Munitions, LLC | Case number (if known) | 18-50615-btb |
|---|---|---|---|
| | Name | | |

**3.258**

**Nonpriority creditor's name and mailing address**
**Old Dominion Freight Lines**
PO Box 742296
Los Angeles, CA 90074-2296

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$29,142.29

---

**3.259**

**Nonpriority creditor's name and mailing address**
**Oracle America**
**Ben Thorp**
500 Oracle Parkway
Redwood Shores, CA 94065

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$115,773.00

---

**3.260**

**Nonpriority creditor's name and mailing address**
**Orange County Sherrif's Office**
PO Box 445
Orange, VA 22960

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

$2,508.57

---

**3.261**

**Nonpriority creditor's name and mailing address**
**Oxarc**
1513 3rd Ave
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$667.25

---

**3.262**

**Nonpriority creditor's name and mailing address**
**P Kay Metal, Inc**
**Larry Kay**
2448 E. 25th Street
Los Angeles, CA 90058

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

$3,653,103.80

---

**3.263**

**Nonpriority creditor's name and mailing address**
**Pacific Steel & Recycling**
**Cindy Hanson**
PO Box 1570
Hayden, ID 83835

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,060.64

---

**3.264**

**Nonpriority creditor's name and mailing address**
**Packaging Corporation of Ameri**
**Tawnya McKinney**
PO Box 51584
Los Angeles, CA 90051

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,313.39

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$928.99**

**Pape Material Handling H40FT**
**Tim Timmerman**
**PO Box 5077**
**Portland, OR 97208-0507**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Parallel Group**
**1380 Hamel Road**
**Hamel, MN 55340**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,001.02**

**Parallel, LLC**
**Parallel, LLC**
**1380 Hamel Rd.**
**Medina, MI 55340**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00**

**Patrick Harvey**
**2818 Cambridge Rd.**
**Lake Worth, FL 33462**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,655.00**

**PCB Piezotronics, Inc.**
**Steve**
**3425 Walden Ave.**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$843.96**

**Perfection Tire of Lewiston**
**533 Thain Road**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.42**

**Phillip A Swiderski Sr**
**15971 Smokey Hollow Road**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number *(if known)* | **18-50615-btb** |
| --- | --- | --- | --- |

Name

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.63**

**Pinnacle Investigations Corp**
**920 N Argonne Rd., Ste. 200**
**Spokane Valley, WA 99212**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,084.98**

**Pitney Bowes**
**PO Box 371842**
**Pittsburgh, PA 15250**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,188.25**

**Pivot Precision**
**1-716-625-8000**
**6550 Campbell Blvd.**
**Lockport, NY 14094-9228**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Precision One Ammo**
**2071 Wambaw Creek Road**
**Charleston, SC 29492**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,634.68**

**Precision Punch Corporation**
**304 Christian Ln.**
**Berlin, CT 06037**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.91**

**Primeland Cooperatives**
**P.O. Box 467**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.00**

**Raul Sotelo**
**19439 Rosebud Ridge Way**
**Spring, TX 77379**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.279** | Nonpriority creditor's name and mailing address
**Reaco, LLC**
**Katie Burg**
**PO Box 2468**
**Kearney, NE 68848**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,296.00

---

**3.280** | Nonpriority creditor's name and mailing address
**Rex Layton**
**1134 6th St.**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,150.00

---

**3.281** | Nonpriority creditor's name and mailing address
**Richard James & Associates Inc**
**4317 NE Thurston Way, Ste. 270**
**Vancouver, WA 98662**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.282** | Nonpriority creditor's name and mailing address
**Richard Withers**
**8110 201st Street East**
**Spanaway, WA 98387**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15.96

---

**3.283** | Nonpriority creditor's name and mailing address
**Robert Hartshorn**
**7012 NE 141st Ct**
**Vancouver, WA 98682**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$73.02

---

**3.284** | Nonpriority creditor's name and mailing address
**Robert Kee**
**91103 Youngs River Road**
**Astoria, OR 97103**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$46.04

---

**3.285** | Nonpriority creditor's name and mailing address
**Robert Stopa**
**1101 S Hunt Club Dr., Apt 412**
**Mt. Prospect, IL 60056**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$97.30

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
| | Name | | |

---

**3.286**

**Nonpriority creditor's name and mailing address**
**Robert Wallace**
**2298 Willow Street Pike**
**Lancaster, PA 17602**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$20.93

---

**3.287**

**Nonpriority creditor's name and mailing address**
**Rodeo Internet Services**
**909 6th St.**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$792.00

---

**3.288**

**Nonpriority creditor's name and mailing address**
**Rolf Johnsen**
**39 Greenwood Drive**
**South San Francisco, CA 94080**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$69.75

---

**3.289**

**Nonpriority creditor's name and mailing address**
**Ronnie Earle**
**61 Wilderness Ct.**
**Harpes Ferry, WV 25425**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$313.50

---

**3.290**

**Nonpriority creditor's name and mailing address**
**Royal Diversified Products, In**
**PO Box 444**
**Warren, RI 02885-0444**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,870.02

---

**3.291**

**Nonpriority creditor's name and mailing address**
**Royal Metal Industries, Inc**
**Visanu Chawla**
**7240 Sycamore Canyon Blvd.**
**Riverside, CA 92508**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,415.69

---

**3.292**

**Nonpriority creditor's name and mailing address**
**Rudolph's Auto Service**
**508 Beachey Street**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$79.36

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,115.52

**Rudy Zaruba**
**10202 Russet Field Ct.**
**Houston, TX 77070**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $64.00

**Ryan Pattman**
**1201 Canterbury Blvd.**
**Altus, OK 73521**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,009.00

**S & A Wood Specialties**
**larry**
**1323 A Ripon Ave.**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,250.00

**SAAMI**
**Randy**
**11 Mile Hill Rd.**
**Newton, CT 06470**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $942.28

**Safety- Kleen Systems**
**1200 Marietta Way**
**Sparks, NV 89431**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,400.00

**Saginaw Machine Systems**
**Dave Albert**
**800 N. Hamilton St.**
**Saginaw, MI 48602-4354**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $375.62

**Saia Motor Freight**
**PO Box 730532**
**Dallas, TX 75373**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.300**

**Nonpriority creditor's name and mailing address**
**Schurman's True Value**
**801 6th Street**
**Clarkston, WA 99403**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$107.90

---

**3.301**

**Nonpriority creditor's name and mailing address**
**Schwab's Screw Machine Product**
**24458 Webb Rd.**
**Lapwai, ID 83540**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

$6,925.61

---

**3.302**

**Nonpriority creditor's name and mailing address**
**Sean Blakely**
**2671 SW Windship Way**
**Stuart, FL 34997**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$271.38

---

**3.303**

**Nonpriority creditor's name and mailing address**
**Seaport Machine**
**1719 13th Street**
**Clarkston, WA 99403**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,130.00

---

**3.304**

**Nonpriority creditor's name and mailing address**
**Shumaker, Loop & Kendrick**
**240 S. Pineapple Ave.**
**Sarasota, FL 34236**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,992.74

---

**3.305**

**Nonpriority creditor's name and mailing address**
**Silver State Bullets, LLC**
**Jim & Diane House**
**PO Box 2270**
**Dayton, NV 89403**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

$0.00

---

**3.306**

**Nonpriority creditor's name and mailing address**
**Southwest Gas**
**PO Box 98890**
**Las Vegas, NV 89193**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Freedom Munitions, LLC**
Name

Case number (if known)   **18-50615-btb**

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,009.41 |
|---|---|---|---|

**Spokane House of Hose**
**Gerry Zinkgraf**
**5520 E. Sprague Ave.**
**Spokane Valley, WA 99212**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,988.69 |
|---|---|---|---|

**Spokane Packaging**
**3808 N. Sullivan Rd., Bldg #21**
**Spokane, WA 99216**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $772.10 |
|---|---|---|---|

**SPS Commerce, Inc.**
**PO Box 205782**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191,591.20 |
|---|---|---|---|

**St. Marks Powder**
**Jodi McIver**
**PO Box 222**
**Saint Marks, FL 32327**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,386.13 |
|---|---|---|---|

**Staples Business Advantage**
**PO Box 83689, Dept. LA**
**Chicago, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Starline, Inc**
**Debbie Myers**
**1300 W. Henry**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.25 |
|---|---|---|---|

**Steve Olson**
**562 East Wigeon Way**
**Suisun City, CA 94585**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.40 |
|---|---|---|---|

**Steven Robedeau**
**1643 Grayfriars**
**Holt, MI 48842**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STI Brasil (Tactical Gear Imports)**
**AV. Professor Mario Werneck**
**2275 Bairro Buritis**
**Belo Horizonte**
**Minal Gerais, Brazil**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,904.00 |
|---|---|---|---|

**STI International**
**114 Halmar Cove**
**Georgetown, TX 78628**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,243.00 |
|---|---|---|---|

**Stonebraker McQuary Insurance**
**Don McQuary**
**PO Box 9**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.18 |
|---|---|---|---|

**Sunnen Products Co.**
**PO Box 952481**
**Saint Louis, MO 63195**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,635.00 |
|---|---|---|---|

**Sutherland Asbill & Brennan LL**
**999 Peachtree St., NE, Ste. 2300**
**Atlanta, GA 30309-3996**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,300.00 |
|---|---|---|---|

**TalkingLead, LLC**
**306 Royal Glen Blvd.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Freedom Munitions, LLC**                                    Case number (if known)    **18-50615-btb**
          Name

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.75 |

**Taylor Stanley**
**40 Santiago Road**
**Debary, FL 32713**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Team Wilson Combat**
**2452 CR 719**
**Berryville, AR 72616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |

**Tharco**
**PO Box 51584**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,999.90 |

**The High Road Group, Inc.**
**Ron Bice, Michelle Pawelek**
**1492 S. Seguin Ave.**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Thermal Mod**
**19830 SW Teton Ave**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,820.00 |

**Thiessen Oil Co**
**Kerri Jones, Tarrin, Allen, Jay**
**815 Snake River Ave.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**Tim Henrich**
**137 Fieldview Drive**
**Greencastle, PA 17225**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _ .

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.328** | Nonpriority creditor's name and mailing address
**Timothy Charbonneau**
**479 Hennessey Road**
**Enosburg Falls, VT 05450**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$99.25**

---

**3.329** | Nonpriority creditor's name and mailing address
**TLR**
**Nicole**
**11855 NE Glenn Winding Dr.**
**Portland, OR 97220**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.330** | Nonpriority creditor's name and mailing address
**Tony Lacoste**
**700 Millcreek Lane**
**Leander, TX 78641**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$563.45**

---

**3.331** | Nonpriority creditor's name and mailing address
**Total Logistics Resource**
**11855 NE Glenn Winding Dr.**
**Portland, OR 97220**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332** | Nonpriority creditor's name and mailing address
**Travelers**
**PO Box 660317**
**Dallas, TX 75266**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,404.00**

---

**3.333** | Nonpriority creditor's name and mailing address
**Travers Tool Co, Inc**
**128-15 26th Ave.**
**Flushing, NY 11354**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$395.08**

---

**3.334** | Nonpriority creditor's name and mailing address
**Travis Pattern & Foundry**
**1413 E. Hawthorne Rd.**
**Spokane, WA 99217**

Date(s) debt was incurred  **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,221.78**

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.335** | Nonpriority creditor's name and mailing address
**Treasure Valley Coffee**
PO Box 6145
Kennewick, WA 99336

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$219.94**

---

**3.336** | Nonpriority creditor's name and mailing address
**Trevor Ellico**
6393 Orangewood Drive
Rancho Cucamonga, CA 91701

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.337** | Nonpriority creditor's name and mailing address
**Twin River Contract Loading, Inc.**
815 D Street
Lewiston, ID 83501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338** | Nonpriority creditor's name and mailing address
**Uline**
PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,484.80**

---

**3.339** | Nonpriority creditor's name and mailing address
**Unis "Ginex" d.d. Gorazde**
Visegradska bb
73000 Gorazde,
Bosnia and Herzegovina

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.340** | Nonpriority creditor's name and mailing address
**United Tool Corporation**
3718 E Newby Street Suite 108
Nampa, ID 83687

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.341** | Nonpriority creditor's name and mailing address
**UPS**
Lockbox 577
Carol Stream, IL 60132

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$97,697.98**

---

Debtor  **Freedom Munitions, LLC**
_____
Name

Case number *(if known)*  **18-50615-btb**

| | | |
|---|---|---|
| **3.342** | **Nonpriority creditor's name and mailing address**<br>**US Dept. of Treasury**<br>**Alcohol & Tobacco Tax & Trade Bureau**<br>**550 Main Street, Suite 8002**<br>**Cincinnati, OH 45202-5215**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.343** | **Nonpriority creditor's name and mailing address**<br>**USF Reddaway, Inc**<br>**26401 Network Place**<br>**Chicago, IL 60673-1264**<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$4,667.84** |
| **3.344** | **Nonpriority creditor's name and mailing address**<br>**Val Mundell**<br>**1438 Greco Drive**<br>**Clarkston, WA 99403**<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| **3.345** | **Nonpriority creditor's name and mailing address**<br>**Valley Car Sales**<br>**JUDY HOBSON**<br>**1801 Main Street**<br>**Lewiston, ID 83501**<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |
| **3.346** | **Nonpriority creditor's name and mailing address**<br>**Valley Drug Testing**<br>**PO Box 861**<br>**Lewiston, ID 83501**<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70.00** |
| **3.347** | **Nonpriority creditor's name and mailing address**<br>**Valley Vision, Inc.**<br>**111 Main Street Suite 130**<br>**Lewiston, ID 83501**<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
| **3.348** | **Nonpriority creditor's name and mailing address**<br>**Vanguard**<br>**PO Box 28067**<br>**New York, NY 10087**<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,795.67** |

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address
**Velocity EHS**
586 Argus Rd., Ste. 201
Ontario, Canada L6J3J3

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$2,925.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address
**Verizon Wireless**
PO Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$469.85**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address
**Victoria Johnson**
1551 Mobile Ave.
Daytona Beach, FL 32117

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$2,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address
**Vista Outdoor Sales, LLC**
SDS 12-0312, PO Box 86
Minneapolis, MN 55486

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address
**Visual Marketing**
17102 Cypress Knee Drive
Cypress, TX 77429

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$1,280.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address
**Ward Zinn**
1204 Carrie Lane NW
Piedmont, OK 73078

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$104.63**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address
**Waste Management - All
Capital Sanitation**
PO Box 541065
Los Angeles, CA 90054-1065

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                   **$1,797.76**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Wastewater Engineers, Inc.**
**210 Coy Court**
**Oxford, MI 48371**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wayne Dalton**
**PO Box 676576**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.65 |
|---|---|---|---|

**WCP Solutions**
**15321 E. Marietta**
**Spokane Valley, WA 99216**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,645.36 |
|---|---|---|---|

**Webscale Networks**
**201 Ravendale Drive**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,400.00 |
|---|---|---|---|

**Wells Fargo Equipment Finance**
**300 Tri-State International**
**Suite 400**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,333.05 |
|---|---|---|---|

**Wells Fargo Equipment Finance**
**Manufacturer Services Group**
**PO Box 7777**
**San Francisco, CA 94120-7777**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,490.00 |
|---|---|---|---|

**Western Analytical**
**13744 Monte Vista Ave.**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freedom Munitions, LLC** | Case number (if known) | **18-50615-btb** |
|---|---|---|---|
| | Name | | |

---

**3.363**

Nonpriority creditor's name and mailing address
**William Zimmerman**
**18502 Bonney Lake Blvd. E**
**Bonney Lake, WA 98391**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2.08

---

**3.364**

Nonpriority creditor's name and mailing address
**Wilson Tool Intl.**
**Ali Swanson**
**12912 Farnham Ave.**
**White Bear Lake, MN 55110**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15,116.19

---

**3.365**

Nonpriority creditor's name and mailing address
**Womack Everett**
**50 Cherokee Lane**
**Blue Ridge, GA 30513**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$915.75

---

**3.366**

Nonpriority creditor's name and mailing address
**Wynalda Packaging**
**Accounting 616 866 1561**
**8221 Graphic Drive**
**Belmont, MI 49306**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$57,227.01

---

**3.367**

Nonpriority creditor's name and mailing address
**X-Treme Bullets, Inc.**
**25 Stokes Drive**
**Carson City, NV 89706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.368**

Nonpriority creditor's name and mailing address
**XPO Logistics, Inc**
**27724 Network Place**
**Chicago, IL 60673-1277**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,494.00

---

**3.369**

Nonpriority creditor's name and mailing address
**YRC Freight**
**10990 Roe Avenue**
**Overland Park, KS 66211**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$158.87

---

| Debtor | **Freedom Munitions, LLC** | | Case number (if known) | **18-50615-btb** |
|---|---|---|---|---|

Name

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZB. N.A., DBA Zions First National Bank
One South Main Street, Suite 1400
Salt Lake City, UT 84130**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,274.44 |
|---|---|---|---|

**Zoro Tools Inc
Customer Service
909 Asbury Drive
Buffalo Grove, IL 60089**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.00 |
|---|---|---|---|

**Zuerlein Darrell
13620 246th St.
Hermosa, SD 57744**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 180,028.36 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,961,888.05 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 8,141,916.41 |

7/22/18 10:40PM

**Fill in this information to identify the case:**

Debtor name    **Freedom Munitions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50615-btb**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order Agreement - Business Voiceedge Services** | |
| | State the term remaining | | **Comcast Business**<br>**PO Box 34744**<br>**Seattle, WA 98124** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical lease of property located at 12243 Fuqua Street, Houston TX 77089** | |
| | State the term remaining | **10/1/2019** | **Fuqua Park Row, LLC**<br>**c/o Mike Little**<br>**J.M. Little Attorney at Law, P.C.**<br>**5718 Westheimer, Suite 1840**<br>**Houston, TX 77057** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease of property located at 17482-B Hwy 290 Houston, TX 77040** | |
| | State the term remaining | **12/31/2018** | **Gordon Partners**<br>**4900 Woodway Drive #1125**<br>**Houston, TX 77056** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Segment sponsor on podcast** | |
| | State the term remaining | **3/31/2019** | **Talking Lead, LLC**<br>**306 Royal Glen Blvd.**<br>**Murfreesboro, TN 37128** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Freedom Munitions, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **18-50615-btb** |

☒ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Ammo Load Worldwide, Inc.** | 815 D Street Lewiston, ID 83501 | **US Dept. of Treasury** | ☒ D   2.3 ☐ E/F _____ ☐ G _____ |
| 2.2 | **Ammo Load Worldwide, Inc.** | 815 D Street Lewiston, ID 83501 | **ZB. N.A., DBA Zions First National Bank** | ☒ D   2.4 ☐ E/F _____ ☐ G _____ |
| 2.3 | **Big Canyon Environmental, LLC** | 815 D Street Lewiston, ID 83501 | **ZB. N.A., DBA Zions First National Bank** | ☒ D   2.4 ☐ E/F _____ ☐ G _____ |
| 2.4 | **Big Canyon Environmental, LLC** | 815 D Street Lewiston, ID 83501 | **US Dept. of Treasury** | ☒ D   2.3 ☐ E/F _____ ☐ G _____ |
| 2.5 | **Clearwater Bullet, Inc.** | 153 Southport Ave., Building 4 Lewiston, ID 83501 | **US Dept. of Treasury** | ☒ D   2.3 ☐ E/F _____ ☐ G _____ |

Debtor    **Freedom Munitions, LLC**                                    Case number *(if known)*    **18-50615-btb**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Clearwater Bullet, Inc. | 153 Southport Ave., Building 4 Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |
| 2.7 | Components Exchange | Molly K 21530 Buckskin Ln. Peck, ID 83545 | ZB. N.A., DBA Zions First National Bank | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |
| 2.8 | Components Exchange | 2337 3rd Ave. N Lewiston, ID 83501 | US Dept. of Treasury | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.9 | David Howell | PO Box 1903 Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |
| 2.10 | Howell Machine, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.11 | Howell Machine, Inc. | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |
| 2.12 | Howell Munitions & Technology, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.13 | Howell Munitions & Technology, Inc. | 815 D Street Lewiston, ID 83501 | ZB. N.A., DBA Zions First National Bank | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |

| Debtor | **Freedom Munitions, LLC** | | Case number *(if known)* | **18-50615-btb** |
|---|---|---|---|---|

**▬▬▬▬** Additional Page to List More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | **Howell Munitions & Technology, Inc.** | 815 D Street Lewiston, ID 83501 | **Integrity Bank, SSB** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.15 | **Howell Munitions & Technology, Inc.** | 815 D Street Lewiston, ID 83501 | **NMHG Financial Services, Inc.** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.16 | **Lewis-Clark Ammunition Components, LLC** | 815 D Street Lewiston, ID 83501 | **US Dept. of Treasury** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Lewis-Clark Ammunition Components, LLC** | 815 D Street Lewiston, ID 83501 | **ZB. N.A., DBA Zions First National Bank** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Twin River Contract Loading, Inc.** | 815 D Street Lewiston, ID 83501 | **US Dept. of Treasury** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.19 | **Twin River Contract Loading, Inc.** | 815 D Street Lewiston, ID 83501 | **ZB. N.A., DBA Zions First National Bank** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.20 | **X-Treme Bullets, Inc.** | 815 D Street Lewiston, ID 83501 | **US Dept. of Treasury** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.21 | **X-Treme Bullets, Inc.** | 815 D Street Lewiston, ID 83501 | **ZB. N.A., DBA Zions First National Bank** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Freedom Munitions, LLC** | | Case number *(if known)* | **18-50615-btb** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                                                                 *Column 2: Creditor*

| 2.22 | **Howell Munitions & Technology, Inc.** | 815 D Street Lewiston, ID 83501 | **Fuqua Park Row, LLC** | ☐ D _____ ☐ E/F _____ ■ G   2.2 |
| 2.23 | **Howell Munitions & Technology, Inc.** | 815 D Street Lewiston, ID 83501 | **Gordon Partners** | ☐ D _____ ☐ E/F _____ ■ G   2.3 |

**Fill in this information to identify the case:**

Debtor name    **Freedom Munitions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50615-btb**

☑ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☑ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- | --- |
   | 3.1. | Gordon Partners<br>4900 Woodway Drive #1125<br>Houston, TX 77056 | 5/18/2018 | $10,953.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Freedom Munitions, LLC**                                    Case number (if known)  **18-50615-btb**

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Alcohol & Tobacco Tax & Trade Bureau | Asserted unpaid federal excise tax | US Dept. of Treasury Alcohol & Tobacco Tax & Trade Bureau 550 Main Street, Suite 8002 Cincinnati, OH 45202-5215 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor  **Freedom Munitions, LLC**                    Case number *(if known)*  **18-50615-btb**

---

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | **17482 B Hwy**<br>**Houston, TX 77040** | | |
| 14.2. | **11243 Fuqua Street**<br>**Houston, TX 77089** | | |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Debtor  **Freedom Munitions, LLC**                    Case number *(if known)*  **18-50615-btb**

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<table>
<tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer names; addresses; email; phone numbers; account numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:
Name of plan
**Howell Munitions & Technology, Inc. 401k Plan**

Employer identification number of the plan
EIN:  **46-4050425**

Has the plan been terminated?
■ No
☐ Yes

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Zions First National Bank 107 S. Main Street Moscow, ID 83843-2805** | **Brain McBee; Rudy Zaruba** | **Cash box with Loomis** | ■ No ☐ Yes |

Debtor  **Freedom Munitions, LLC**                                    Case number *(if known)*  **18-50615-btb**

---

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **11243 Fuqua Street Houston, TX 77089** | **Rudy Zaruba; Brian McBee** | **Inventory** | ■ No ☐ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐  No.
■  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Administrative Agreement 11-0181-00A, et al.** | **Environmental Protection Agency 1200 Pennsylvania Ave. NW Washington, DC 20460** | **Releasing hazardous waste water without a permit** | ☐ Pending ☐ On appeal ■ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

---

| Debtor | **Freedom Munitions, LLC** | Case number *(if known)*  **18-50615-btb** |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Angela Smith** 815 D street Lewiston, ID 83501 | **2/29/15 to 5/25/18 6/25/18 to present** |
| 26a.2. | **Kathie Marion** 815 D Street Lewiston, ID 83501 | **12/3/14 to present** |
| 26a.3. | **Shaun Barclay** 815 D Street Lewiston, ID 83501 | **2/2014 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Moss Adams** 601 Riverside Ave., Suite 1800 Spokane, WA 99201 | **2015 to 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Global Commercial Credit Mark Matleney** 30200 Telegraph Road, Suite 450 Bingham Farms, MI 48025 |

Debtor    **Freedom Munitions, LLC**                                           Case number *(if known)*  **18-50615-btb**

**Name and address**

| | |
|---|---|
| 26d.2. | **Global Commercial Credit**<br>**Victor Sandy**<br>**30200 Telegraph Road, Suite 450**<br>**Bingham Farms, MI 48025** |
| 26d.3. | **Zions First National Bank**<br>**Mark Siegel**<br>**One South Main Street, Suite 300**<br>**Salt Lake City, UT 84111** |
| 26d.4. | **Cascadia Capital LLC**<br>**1000 2nd Ave., Suite 1200**<br>**Seattle, WA 98104** |
| 26d.5. | **Advanced CFO**<br>**13601 W McMillan Rd**<br>**#102**<br>**Boise, ID 83713** |
| 26d.6. | **Integrity Bank, SSB**<br>**4040 Washington Ave.**<br>**Houston, TX 77007-5606** |
| 26d.7. | **Complete Capital Services, Inc.**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howell Munitions & Technology, Inc. | 815 D Street<br>Lewiston, ID 83501 | Owner | 100 % of membership interests |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Howell Munitions & Technology, Inc. | 815 D Street<br>Lewiston, ID 83501 | Managing member | |

Debtor  **Freedom Munitions, LLC**                          Case number *(if known)*  **18-50615-btb**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Advanced CFO** | **13601 W McMillan Rd #102 Boise, ID 83713** | **CRO** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|------|------|------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|------|------|
| **Howell Munitions & Technology, Inc.; parent corporation** | **EIN:    46-4050425** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|------|------|
| **Howell Munitions & Technology, Inc. 401k plan** | **EIN:    46-4050425** |

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____7/26/18_____

X _____        **J. Michael Issa**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Proposed Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

7/24/18 10:47AM

# United States Bankruptcy Court
## District of Nevada

In re   __Freedom Munitions, LLC__

Debtor(s)

Case No.   __18-50615-btb__
Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Proposed Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __7/26/18__

J. Michael Issa/Proposed Chief Restructuring Officer
Signer/Title

Freedom Munitions, LLC
815 D Street
Lewiston, ID 83501


Winthrop Couchot Golubow Hollander, LLP
Attn: Robert E. Opera
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Office of the United States Trustee
C. Clifton Young Federal Building
300 Booth Street
Room 3009
Reno, NV 89509

823 D Street, LLC
823 D Street
Lewiston, ID 83501-0000


Advanced CFO
13601 W McMillan Rd, #102
Boise, ID 83713-0000


American Security Brass & Reloading
PO Box 9169
Greerton, Tauranga New Zealand


Ammo Direct
P.O. Box 9169
Greerton, Tauranga New Zealand


Ammo Load Worldwide, Inc.
815 D Street
Lewiston, ID 83501-0000


Art Salas
10629 Pisces Pl
El Paso, TX 79924

Asotin County Landfill
2901 Sixth Avenue
Clarkston, WA 99403-0000


Avista Utilities
1411 E Mission Ave
Spokane, WA 99252-0000


Big Canyon Environmental, LLC
815 D Street
Lewiston, ID 83501-0000


Brian McVickers
3035 N Tarra Ave., Suite 1
Prescott, AZ 86301


California Dept. of Tax and Fee Admin., Special
Operations Bktcy Team, MIC:74
PO Box 942879
Sacramento, CA 94279-0074


Chris James
4020 Preserve Crossing Ln
Cumming, GA 30040

Chris Wood
320 Shen Elk Plaza
Elkton, VA 22827


Clearwater Bullet, Inc.
153 Southport Ave., Building 4
Lewiston, ID 83501-0000


Complete Capital Services, Inc.
22811 Greater Mack Ave., Ste. 203
Saint Clair Shores, MI 48080-0000


Components Exchange, LLC
815 D Street
Lewiston, ID 83501-0000


Corporation Service Company, as Rep, Attn: Legal
Dept.
PO Box 2576
Springfield, IL 62708-0000


Dan Hellickson
1662 Ashley Drive
Clarkston, WA 99403-0000

David Chang
412 Foxcroft Circle
Royersford, PA 19468


Derek Jump
730 W Wilshire Blvd. Suite 114
Oklahoma City, OK 73116


Engin Hidir
1382 Sokak 8/3
Alsancak Ismir, Turkey 35220


Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987-0000


GatorMan Bartow
5805 Ivey Lane
Hahira, GA 31632


Gregory A Tappan
PO Box 755
Stayton, OR 97383

Howell Machine, Inc.
815 D Street
Lewiston, ID 83501-0000


Howell Munitions & Technology, Inc.
815 D Street
Lewiston, ID 83501-0000


Jeff Carson
2320 Commerce Street
Tacoma, WA 98402


Jeremy Ttag
1205A Glenda Dr.
Round Rock, TX 78681


Jordan Morkved
502 S Davis St.
Walton, IN 46994


Kenneth B Reed
One Hancock Dr.
Lompoc, CA 93436

Lax Firing Range
234 S. Hindry Ave.
Inglewood, CA 90301-0000


Lee Biegert
1371 CR 317
Lavernia, TX 78121


Lee Bolduc
2733 N Power Rd, Ste 102
Mesa, AZ 85215


Lewis-Clark Ammunition Components, LLC
815 D Street
Lewiston, ID 83501-0000


Luis Chirino
661 Brea Canyon Road Unit 7
Walnut, CA 91789


Miami Police Depot, Inc.
2640 W. 84th St.
Hialeah, FL 33016-0000

Mike Plouffe
509 Runnymede Ct
Fayetteville, NC 28314


Mound House True Value Hardware
10189 Hwy 50 E
Carson City, NV 89706-0000


Nevada Dept of Environmental Protection
2030 E. Flamingo Road, Suite 230
Las Vegas, NV 89119-0000


Nicole Lauren Brown
1851 N Green Valley Pkwy, Apt. 621
Henderson, NV 89074


Nuvodia, LLC
801 S Stevens Street
Spokane, WA 99204-0000


NV Energy
PO Box 30065
Reno, NV 89520-0000

Parallel Group
1380 Hamel Road
Hamel, MN 55340-0000


Perfection Tire of Lewiston
533 Thain Road
Lewiston, ID 83501-0000


Phillip A Swiderski Sr
15971 Smokey Hollow Road
Traverse City, MI 49686-0000


Precision One Ammo
2071 Wambaw Creek Road
Charleston, SC 29492-0000


STI Brasil (Tactical Gear Imports), AV. Professor
Mario Werneck
2275 Bairro Buritis
Belo Horizonte, Minal Gerais Brazil


Team Wilson Combat
2452 CR 719
Berryville, AR 72616-0000

Tim Henrich
137 Fieldview Drive
Greencastle, PA 17225


Tony Lacoste
700 Millcreek Lane
Leander, TX 78641


Travelers
PO Box 660317
Dallas, TX 75266-0000


Twin River Contract Loading, Inc.
815 D Street
Lewiston, ID 83501-0000


Unis "Ginex" d.d. Gorazde
Visegradska bb
73000 Gorazde,, Bosnia and Herzegovina


United Tool Corporation
3718 E Newby Street Suite 108
Nampa, ID 83687-0000

X-Treme Bullets, Inc.
25 Stokes Drive
Carson City, NV 89706-0000


ZB. N.A., DBA Zions First National Bank
One South Main Street, Suite 1400
Salt Lake City, UT 84130-0000