## GENERAL NOTES TO MONTHLY OPERATING REPORT

This Monthly Operating Report ("MOR") has been prepared by the Debtor's current management with the assistance of certain of its professionals. The Debtor has endeavored to ensure that this MOR is accurate and complete. The Debtor notes, however, the following matters with respect to the preparation of this MOR.

1. The Debtor's proposed Chief Restructuring Officer ("CRO") was appointed on or about June 7, 2018. Accordingly, the CRO has limited "institutional knowledge" regarding the Debtor's pre-petition financial affairs.

2. The Debtor has prepared information contained in the MOR regarding the Debtor's pre-petition financial affairs based largely upon its review of financial records in the Debtor's possession that may have been prepared by former employees of the Debtor. Such financial records generally are not audited.

While this MOR is materially accurate to the best of the Debtor's belief, under the circumstances of this case, the Debtor cannot warrant the accuracy and completeness of this MOR. The Debtor reserves the right to amend this MOR as appropriate based upon a subsequent receipt of information that may result in a change in the information contained in this MOR.

Valuation methodologies are as indicated in this MOR (e.g., orderly liquidation value or standard costing value). Actual fair market values may differ materially from the values indicated.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets. Moreover, the value of certain assets, such as potential litigation claims, is impossible to determine at this time. The reader therefore should not place undue reliance upon the values listed for the Debtor's assets in this MOR.

The Debtor reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim listed in this MOR.

This MOR is subject to further amendment by the Debtor.

234686

## NOTES REGARDING CONSOLIDATION OF OPERATIONS

## FOR HMT DEBTORS

The Debtors in these jointly related cases are:  X-Treme Bullets, Inc.; Ammo Load Worldwide, Inc.; Clearwater Bullet, Inc.; Freedom Munitions, LLC; Howell Machine, Inc.; Howell Munitions & Technology, Inc.; Lewis-Clark Ammunition Components, LLC; and Components Exchange, LLC (collectively, "Debtors").

While the eight related Debtors are separate legal entities, the Debtors, other than Debtor Components Exchange, LLC (collectively, the "HMT Debtors"), generally have operated on a consolidated basis.  The Debtors, together with two non-debtors, Twin River Contract Loading, Inc. and Big Canyon Environmental, LLC, have prepared financial statements on a consolidated basis.  The HMT Debtors have used one cash management system to administer all receipts obtained by the HMT Debtors and all disbursement made by the HMT Debtors in connection with the operation of their businesses.  All cash collected from revenues generated by the HMT Debtors is deemed earned by Debtor Howell Munitions & Technology, Inc. ("HMT") and deposited into a checking account held by HMT.  Payroll and all other expenses incurred by the HMT Debtors are paid from HMT's checking account.

The Bankruptcy Court ("Court") has authorized the HMT Debtors to provide joint reporting of their financial affairs.

Based upon the consolidated nature of the HMT Debtors' operations, in an abundance of caution, the HMT Debtors generally list in their respective MORs the same pre-petition claims. The HMT Debtors dispute certain claims, and reserve the right to file objections to such claims. In particular, the HMT Debtors, other than HMT, believe that they generally are not obligated for the unsecured claims indicated in their respective MORs.

Components Exchange LLC's operations largely have been maintained separately from the HMT Debtors.

The Debtor reserves the right to amend the MORs, as circumstances warrant.

234686

NOTE 1:  SUMMARY OF FINANCIAL STATUS

All financial transactions for the HMT Debtors are tracked in the HMT case (Case Number 18-50610-btb). In accordance with an order of the Court, income, expenses, accounts receivable and accounts payable of the HMT Debtors are consolidated for financial reporting purposes.  However, inventory and fixed asset balances at the end of each month are reported separately for each HMT Debtor.  The financial reporting of Debtor Components Exchange, LLC is reported separately from the HMT Debtors.

1.      Summary of Assets.

Each HMT Debtor reports separately inventory and fixed assets balances at the end of each month.  Cash and accounts receivable for the HMT Debtors are reported in the HMT case. Cash is reported based upon bank balances at the end of the prior month.  Accounts receivable are reported in the net amounts of receivables taking into account reductions for the estimated amount of uncollectible accounts.  Inventory is reported at standard costing.  Fixed assets are reported at appraised orderly liquidation values based upon a July 2017 appraisal of such assets.

2.      Summary of Liabilities.

Liabilities for the HMT Debtors are reported in each of the HMT Debtors' cases. While the HMT Debtors each report the same liabilities, a creditor is entitled to recover only the total amount of any allowed claim that it may have.

As set forth in the Schedules of Assets and Liabilities ("Schedules) filed by the HMT Debtors, the HMT Debtors dispute many of the claims asserted against them.

Post-petition transactions for this Debtor are tracked in the HMT case.  Accordingly, this Debtor has no post-petition (current) liabilities.

3.      Cash Receipts and Disbursements.

Cash receipt and disbursements for the HMT Debtors are reported in the HMT case. Accordingly, this Debtor shows no post-petition receipts or disbursements.

4.    **Profit/Loss**.

Post-petition transactions for the HMT Debtors are tracked in the HMT case. Accordingly, this Debtor shows no post-petition profit or loss from operations.

## NOTE 2:  STATEMENT OF OPERATIONS

Revenues and expenses for the HMT Debtors are tracked in the HMT case. Accordingly, this Debtor shows no post-petition revenues or expenses.

## NOTE 3:  BALANCE SHEET

Cash and accounts receivable for the HMT Debtors are tracked in the HMT case. Accordingly, this Debtor's balance sheet shows no cash or accounts receivables. Each HMT Debtor tracks its own inventory and fixed assets and, therefore, this Debtor shows its own inventory and fixed assets, valued in the manner set forth in Note 1 hereinabove. The values of inventory and fixed assets indicated herein may not approximate the fair market value thereof.

## NOTE 4:  LIABILITIES AND EQUITY

Post-petition liabilities for the HMT Debtors are tracked in the HMT case. All liabilities listed for this Debtor are pre-petition <u>claims</u> asserted against this Debtor. In an abundance of caution, all HMT Debtors show the same liabilities. As set forth in the Schedules, the HMT Debtors dispute many of the claims asserted against them. This Debtor disputes that it is liable on account of the claims listed herein. This Debtor disputes specifically that it is liable for any amount to the United States Department of Treasury, Alcohol and Tobacco Tax and Trade Board.

NOTE 5:  SCHEDULES TO THE BALANCE SHEET

1.      **Schedule A.**

     Accounts receivable and post-petition payables for the HMT Debtors are tracked in the HMT case.  Accordingly, this Debtor lists no accounts receivable or post-petition payables.

2.      **Schedule B.**

     The HMT Debtors track for each HMT Debtor inventory balances and purchases. Accordingly, this Debtor lists the balance of its inventory for the date indicated.

3.      **Schedule C.**

     The HMT Debtors own no real property.

4.      **Schedule D.**

     The value of fixed assets listed herein is the appraised orderly liquidation value of the fixed assets based on an appraisal thereof conducted in July 2017.  The values of the fixed assets listed herein may not, therefore, approximate the fair market value thereof.

5.      **Schedule E.**

     Operations for the HMT Debtors are tracked in the HMT case.  Accordingly, no income tax liability is listed for this Debtor.

6.      **Schedule F.**

     The HMT Debtors dispute many of the claims listed herein.  The claims bar date has not yet passed in the HMT Debtors' cases, and the HMT Debtors have not yet reviewed claims filed

in the cases.  It is premature, therefore, to estimate the allowed amount of secured, priority or general unsecured claims.

## NOTE 6:  STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

Cash receipts and disbursements for the HMT Debtors are tracked in the HMT case.  Accordingly, this Debtor shows no post-petition receipts or disbursements.

## NOTE 7:  STATEMENT OF CASH FLOW

Operations for the HMT Debtors, and cash receipts and disbursements for the HMT Debtors (hence, cash flow for the HMT Debtors), are tracked in the HMT case.  Accordingly, this Debtor shows no post-petition cash flow.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** NEVADA

| In re: Freedom Munitions, LLC | Case No. | 18-50615-btb |
|---|---|---|
| | CHAPTER 11 MONTHLY OPERATING REPORT (GENERAL BUSINESS CASE) | See Attached General Notes |

**SUMMARY OF FINANCIAL STATUS**

**MONTH ENDED:** Feb-19    **PETITION DATE:** 06/08/18

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $0 | $0 | |
| | b. Total Assets | $0 | $0 | $0 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $0 | $0 | $31,220,916 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $0 | $0 | $0 |
| | b. Total Disbursements | $0 | $0 | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| | d. Cash Balance Beginning of Month | $0 | $0 | $0 |
| | e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $0 | $0 | |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $0 | $0 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| At the end of this reporting month: | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes  NA ;    U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition
    tax reporting and tax returns:  X
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3/21/19                    _____, CRO
                                 Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)

For the Month Ended _____ 02/28/19 _____

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | |
| $0 | | $0 | 1 | Gross Sales | | |
| $0 | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold    (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $0 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | $0 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | $0 | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $0 | $0 |
| $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $0 | $0 |
| $0 | $0 | $0 | 45 | Federal & State Income Taxes | | |
| $0 | $0 | $0 | 46 | **Net Profit (Loss)** | $0 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended _____ 02/28/19 _____

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: _____ | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $0 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: _____ | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $0 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| # | Item | | Amount |
|---|------|---|--------|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $0 |

        **Pre-Petition Liabilities (allowed amount)**

| # | Item | | Amount |
|---|------|---|--------|
| 47 | Secured claims | F | Amount Unknown |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $0 |

    **Equity (Deficit)**

| # | Item | Amount |
|---|------|--------|
| 52 | Retained Earnings/(Deficit) at time of filing | |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | $0 |

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

Schedule A

**Accounts Receivable and (Net) Payable**

See Attached General Notes

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | $0 | | |
| 61-90 Days | $0 | | $0 |
| 91+ Days | $0 | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | - |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | $0 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | $0 | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | $0 | | |
| Work-in-progress | $0 | Less - | |
| Finished goods | $0 | Inventory End of Month | $0 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes  x      No ____

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | x |
| Annually | _____ |

Date of last physical inventory was    12/26/17 - 12/31/2017

Date of next physical inventory is    Uncertain but likely to occur in connection with any sale(s) of assets of Debtors

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | — |
| LIFO cost | — |
| Lower of cost or market | — |
| Retail method | — |
| Other | x |
| Explain | |
| Standard Costing | |

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

See Attached General Notes

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $23,104,000 | Amount Unknown |
| Priority claims other than taxes | $180,028 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $7,939,885 | $0 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ___02/28/19___

See Attached General Notes

|  |  | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| # | | | |
| # | | | |
| # | **Total Cash Receipts** | $0 | $0 |
| **Cash Disbursements** | | | |
| # | Payments for Inventory | | |
| # | Selling | | |
| # | Administrative | | |
| # | Capital Expenditures | | |
| # | Principal Payments on Debt | | |
| # | Interest Paid | | |
| | Rent/Lease: | | |
| # | Personal Property | | |
| # | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| # | Salaries | | |
| # | Draws | | |
| # | Commissions/Royalties | | |
| # | Expense Reimbursements | | |
| # | Other | | |
| # | Salaries/Commissions (less employee withholding) | | |
| # | Management Fees | | |
| | Taxes: | | |
| # | Employee Withholding | | |
| # | Employer Payroll Taxes | | |
| # | Real Property Taxes | | |
| # | Other Taxes | | |
| | Other Cash Outflows: | | |
| # | | | |
| # | | | |
| # | | | |
| # | | | |
| # | **Total Cash Disbursements:** | $0 | $0 |
| # | **Net Increase (Decrease) in Cash** | $0 | $0 |
| # | **Cash Balance, Beginning of Period** | | |
| # | **Cash Balance, End of Period** | $0 | $0 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS

**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**

For the Month Ended   02/28/19

See Attached General Notes

| | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | | |
| 46 | **Cash and Cash Equivalents at End of Month** | $0 | $0 |

Revised 1/1/98